UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                                        :   Case No.: 06-4091 (PB)
EX REL. BRANCH CONSULTANTS, L.L.C.,                              :
                                                                 :   Sect.: M, Mag:  1
v.                                                               :
                                                                 :   JUDGE BEER
ALLSTATE INS. CO., et al.                                        :
                                                                 :   MAG. SHUSHAN
                                                                 :
-----------------------------------------------------------------x

**MOTION FOR LEAVE TO FILE SUR-REPLY
IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO CONDUCT DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

Defendants, by and through their undersigned counsel, respectfully move this Court for leave to file a Sur-Reply in Further Opposition to Plaintiff's Motion to Conduct Discovery Prior to Rule 26(f) Conference so that Defendants can address new arguments raised by Plaintiff for the first time in Plaintiff's reply memorandum.

In support of this Motion, Defendants state as follows:

1.	On June 26, 2007, Plaintiff filed an *ex parte* motion for an expedited hearing on its Motion for Leave to Conduct Discovery Prior to Rule 26(f) Conference.

2.	On June 29, 2007, the Court denied Plaintiff's motion for expedited hearing and set Plaintiff's Motion for Leave to Conduct Discovery Prior to Rule 26(f) Conference for hearing (no oral argument) on July 18, 2007 with any opposition to be filed no later than July 10, 2007.

89556

- 2 -

3. On July 10, 2007, Defendants and the Government each filed separate memoranda in opposition to Plaintiff's motion for expedited discovery.

4. On July 12, 2007, Plaintiff filed a motion for leave to file a reply memorandum in support of its initial motion for expedited discovery. That motion was granted by the Court on July 16, 2007.

5. In its reply memorandum, Plaintiff presented a new argument in support of its motion for expedited discovery of the Government that had not been mentioned in its opening memorandum. Plaintiff now offers, for the first time, its speculation and conjecture that discovery is required to avoid the potential destruction of evidence by the Government and others related to "additional properties" not identified in the First Amended Complaint.

6. Defendants respectfully request that the Court decline to consider argument improperly made by Plaintiff for the first time on reply. *See, e.g., Dean-Ball v. Garry McKinney Auto Group*, No. CIV.A.03-2125, 2005 WL 2304501, *5 (W.D.La. Sept. 6, 2005) ("It is unfair to a plaintiff to permit a movant to wait until he files his reply memorandum to raise a significant argument for the first time."); *Turner v. Houma Municipal Fire*, No. CIV.A.99-152, 2002 WL 1467876, *9 n.15 (E.D.La. Jul. 8, 2002) (declining to consider arguments presented for the first time in reply memorandum); *Schwegmann Westside Expressway, Inc. v. Kmart Corp.*, No. CIV.A.94-2095, 1995 WL 479814, *3 n.1 (E.D.La. Aug. 11, 1995) (same).

7. "When argument or evidence is submitted for the first time in a reply brief," however, "the court should ordinarily give the nonmovant an adequate opportunity to respond." *Hamblin v. Bossier Sheriff Correctional Facility*, No. CIV.A.04-1971-P, 2006 WL 1581111, *2 (W.D.La. May 15, 2006) (citing *Vais Arms, Inc. v. Vais*, 383 F.3d 287, 292 (5th Cir. 2004). For that reason, Defendants also respectfully request leave to file a Sur-Reply addressing

Plaintiff's new reply argument, to which Defendants and the Government have had no prior opportunity to respond.

8. Plaintiff's new argument implicates further concerns with respect to this Court's subject matter jurisdiction. Put simply, Branch will never be entitled to the discovery it seeks as to the "additional properties" not listed in its First Amended Complaint because--by its own admission--it lacks current information as to those properties and therefore cannot be an original source of those claims. *See* 31 U.S.C. § 3730(e)(4)(B); *Rockwell International Corp. v. United States*, 127 S. Ct. 1397, 1410 (2007) (holding that Section 3730(e)(4) does not permit "claim smuggling" of claims for which plaintiff is not "original source"). Accordingly, there is good cause for Defendants to file a short Sur-Reply.

9. Defendant's proposed Sur-Reply is attached hereto.

WHEREFORE, Defendants respectfully request that this Court enter an order allowing for the filing of the attached Sur-Reply.

Respectfully submitted,

*/s/ Stephen H. Kupperman*
Judy Y. Barrasso, 2814
Stephen H. Kupperman, 07890
Jeanmarie LoCoco Nicholson, 8655
Barrasso Usdin Kupperman
 Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
Telephone: 504-589-9700

and

*/s/ Philip A. Wittmann*
Philip A. Wittmann, 13625
Daria Burgess Diaz, 17928
Douglas J. Cochran, 20571
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200

*Attorneys for State Farm Fire & Casualty Company*

89556

Richard L. Fenton
Steven M. Levy
Sonnenschein, Nath & Rosenthal
233 S. Wacker Dr., 7800 Sears Tower
Chicago, IL  60606
Telephone: 312-876-8000

*Attorneys for Allstate Insurance Company*

*/s/ Gerald J. Nielsen*
Gerald J. Nielsen, 17078
Nielsen Law Firm, L.L.C.
3838 N. Causeway Blvd., Ste. 2850
Metairie, LA  70002
Telephone:  504-837-2500

*Attorneys for Liberty Mutual Fire Insurance Company, Fidelity National Insurance Company and Fidelity National Property and Casualty Insurance Company*

*/s/ Jay M. Lonero*
Jay M. Lonero, 20642
Christopher R. Pennison, 22584
Angie A. Akers, 26786
Larzelere Picou Wells Simpson Lonero, LLC
3850 N. Causeway Blvd., Ste 1100
Metairie, LA  70002
Telephone:  504-834-5600

*Attorneys for American National Property and Casualty Company*

/s/ *Gordon P. Serou, Jr.*
Gordon P. Serou, Jr., 14432
650 Poydras Street, Suite 1420
New Orleans, LA  70130-6121
Telephone: 504-615-1181

*Attorneys for American Reliable Insurance Company*

89556

- 5 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by filing into the Court's electronic filing system and, for non-participants, by facsimile and/or by placing same in the United States mail, postage prepaid and properly addressed, this 17th day of July, 2007.

*/s/ Stephen H. Kupperman*