UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
                                                                :
UNITED STATES OF AMERICA,                                       :   Case No.: 06-4091 (PB)
EX REL. BRANCH CONSULTANTS, L.L.C.,                             :
                                                                :   Sect.: M, Mag:  1
                                                                :
v.                                                              :
                                                                :   JUDGE BEER
                                                                :
ALLSTATE INS. CO., et al.                                       :
                                                                :   MAG. SHUSHAN
                                                                :
---------------------------------------------------------------x

## **O R D E R**

Considering the Motion for Leave to File Sur-Reply in Further Opposition to Plaintiff's Motion for Leave to Conduct Discovery Prior to Rule 26(f) Conference;

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and the Sur-Reply attached to said motion shall be deemed filed as of the filing date of said motion.

New Orleans, Louisiana this _____ day of July, 2007

_____
United States Magistrate Judge Sally Shushan

89554