## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRANCH CONSULTANTS, L.L.C., <br><br>   Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, et al., <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) )    Case No. 2:06-cv-4091 <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF APPEAL

Notice is hereby given that Branch Consultants, L.L.C., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment granting Defendants' Motion to Dismiss entered in this action on the 14th day of November, 2007.

December 14, 2007               Respectfully submitted,

                                KANNER & WHITELEY, L.L.C.

                                /s/Cynthia St. Amant
                                Allan Kanner
                                a.kanner@kanner-law.com
                                Cynthia G. St. Amant
                                c.stamant@kanner-law.com
                                KANNER & WHITELEY, L.L.C.
                                701 Camp Street
                                New Orleans, LA 70130
                                Telephone: (504) 524-5777
                                Fax: (504) 524-5763

                                *Attorneys for Plaintiff/Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, a copy of the above and foregoing Notice of Appeal has been served upon all counsel of record in this matter by placing the same in the U.S. Mail, first class postage prepaid and properly addressed, by facsimile and/or by electronic mail using the CM/ECF. I further certify that a true and correct copy of this Motion was sent via electronic mail (pursuant to agreement) on December 14, 2007, to Assistant United States Attorney Jay D. Majors.

                              /s/ Cynthia St. Amant