UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA, *EX REL.*          CIVIL ACTION
BRANCH CONSULTANTS, L.L.C.


VERSUS                                       NO: 06-4091


ALLSTATE INSURANCE COMPANY, ET AL.           SECTION: R(1)



**ORDER**

It has come to my attention that my law clerk, Nevin Gewertz, has an outstanding offer of employment with Susman Godfrey, LLP, one of the firms involved in this litigation. Although Mr. Gewertz did not work on the *Branch Consultants* case at the law firm and has not yet accepted an offer of employment with Susman Godfrey, he will not work on the *Branch Consultants* case during his tenure with me.  Mr. Gewertz worked on this matter briefly before the Court discovered his outstanding offer from Susman Godfrey, but the Court has issued no rulings in reliance on his work.


New Orleans, Louisiana, this <u>8th</u> day of July, 2009.


_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE