IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRANCH CLAIMS CONSULTING L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, STATE FARM INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, FIDELITY NATIONAL FINANCIAL, SCOTTSDALE INSURANCE COMPANY, ST. PAUL TRAVELERS COS., PILOT CATASTROPHE, CRAWFORD & COMPANY, ALLIED CLAIMS, INC., NCA GROUP, INC., INC., SIMSOL INSURANCE SERVICES, INC., AND JOHN DOES 1-100,<br><br>Defendants. | Case No. 06-4091<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO APPEAR PRO HAC VICE

The undersigned counsel, Matthew R. Berry of Susman Godfrey L.L.P., respectfully moves the court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Branch Claims Consulting, L.L.C., plaintiff in the above-styled cause only. In support of this motion, the undersigned states:

1. The undersigned is admitted to practice in:

   Washington State Bar No. 37364
   Western District of Washington 3/7/07
   Eastern District Washington 12/21/06
   Eastern District of Texas 10/25/06

2. The undersigned is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

988176v1/009717

WHEREFORE, the undersigned counsel respectfully requests this court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

SUSMAN GODFREY L.L.P.


 /s/ Melissa M. Fuselier
Allan Kanner (LA #20580)
Cindy St. Amant (LA #24439)
Melissa M. Fueselier (LA #31163)
Kanner & Whiteley, L.L.C.
701 Camp St.
New Orleans, LA 70130
Telephone: 504.524.5777
Fax: 504.524.5763

Jonathan Bridges (TX #24028835)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: 214.754.1900
Facsimile: 214.754.1933
Email: jbridges@susmangodfrey.com

Tibor Nagy (NY #4508271)
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10022
Phone:   212.336.8332
Fax:     212.336.8340
Email: tnagy@susmangodfrey.com

Matthew Berry (WA #37364)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone:   206.516.3880
Fax:     206.516.3883
Email:   mberry@susmangodfrey.com

***Attorneys for Plaintiff/Relator***

988176v1/009717

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009, a copy of the forgoing Motion to Appear Pro Hac Vice was served on all counsel of record in this proceeding by placing the same in the U.S. Mail, properly addressed and first class postage prepaid, by facsimile and/or by electronic mail using the CM/ECF.

/s/ Melissa M. Fuselier
Melissa M. Fuselier

988176v1/009717