UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRANCH CONSULTANTS, L.L.C., | : : : : | Case No.: 06-cv-4091 (SSV) |
| Plaintiff, | : : | Sect.: R |
| v. | : : | JUDGE VANCE |
| ALLSTATE INS. CO., et al., | : : | MAG. JUDGE SHUSHAN |
| Defendants. | : : | <u>Oral Argument Requested</u> |

---

**DEFENDANTS' MOTION FOR CERTIFICATION OF COURT'S
OCTOBER 19, 2009 ORDER FOR INTERLOCUTORY APPEAL**

Defendants The Standard Fire Insurance Company (erroneously sued herein as St. Paul Travelers Cos.), Liberty Mutual Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, Simsol Insurance Services, Inc., and American National Property And Casualty Company ("Defendants"), by and through their undersigned attorneys, hereby move this Honorable Court for an Order certifying for interlocutory appeal the Court's October 19, 2009 Order pursuant to 28 U.S.C. § 1292(b). Specifically, and as set forth in Defendants' accompanying memorandum, the Court's determination that Branch Consultants, LLC is an "original source" involves a controlling question of law for which there is substantial ground for difference of opinion. Review by the

Fifth Circuit will address important statutory interpretation and subject matter jurisdiction issues with significant public policy implications.

Accordingly, for the reasons set forth in detail in the accompanying memorandum of law, Defendants pray that the Court enter an order certifying the October 19, 2009 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated: November 9, 2009

BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, LLC

/s/ Judy Y. Barrasso_____
Judy Y. Barrasso (2814)
jbarrasso@barrassousdin.com
John W. Joyce (27525)
jjoyce@barrassousdin.com
LL&E Tower
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700

**Attorneys for Liberty Mutual Insurance Company**

Respectfully submitted,

PHELPS DUNBAR LLP

/s/ Harry Rosenberg_____
Harry Rosenberg (11465)
rosenbeh@phelps.com
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:  (504) 566-1311

SIMPSON THACHER AND BARTLETT LLP
Bryce L. Friedman  (*pro hac vice*)
bfriedman@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone:  (212) 455-2000

Deborah L. Stein (*pro hac vice*)
dstein@stblaw.com
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone:  (310) 407-7500

**Attorneys for The Standard Fire Insurance Company** (*erroneously named as St. Paul Travelers Co.*)

| | |
|---|---|
| NIELSEN LAW FIRM, LLC | MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL AND MCDANIEL PC |
| /s/ Gerald J. Nielsen<br>Gerald J. Nielsen (17078)<br>gjnielsen@aol.com<br>William T. Treas (26537)<br>wtreas@nielsenlawfirm.com<br>3838 North Causeway Boulevard, Suite 2850<br>Metairie, Louisiana 70002<br>Telephone: (504) 837-2500<br><br>**Attorneys Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company** | /s/ James C. Rather<br>James C. Rather (25839)<br>jrather@mcsalaw.com<br>195 Greenbriar Blvd., Suite 200<br>Covington, LA 70433<br>(504) 831-0946<br><br>**Attorneys for Simsol Insurance Services, Inc.** |
| | LARZELERE PICOU WELLS SIMPSON LONERO, LLC |
| | /s/ Jay M. Lonero<br>Jay M. Lonero, T.A. (20642)<br>jlonero@lpw-law.com<br>Christopher R. Pennison (22584)<br>cpennison@lpw-law.com<br>Angie A. Akers (26786)<br>aakers@lpw-law.com<br>3850 N. Causeway Boulevard, Ste 1100<br>Metairie, Louisiana 70002<br>Telephone: (504) 834-6500<br><br>**Attorneys for American National Property And Casualty Company** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this date been served upon all parties to this suit through counsel by filing into the Court's electronic filing system and, for non-participants, by placing same in the United States mail, postage prepaid and properly addressed on this 9th of November, 2009.

/s/ Harry Rosenberg