UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*EX REL.* BRANCH CONSULTANTS, L.L.C.,<br><br>Plaintiff<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY, et. al.,<br><br>Defendants | CIVIL ACTION NO.: 06-4091<br><br>SECTION: "R" (1)<br><br>JUDGE: VANCE<br><br>MAGISTRATE: SHUSHAN |

## **ORDER**

Considering the First *Ex Parte* Motion for Extension of Time to Plead;

**IT IS ORDERED** that Liberty Mutual Fire Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, American National Property & Casualty Company, American Reliable Insurance Co., The Standard Fire Insurance Company (misnamed as St. Paul Travelers Cos.), Simsol Insurance Services, Inc., and Colonial Claims Corporation be and hereby are **GRANTED** an extension of time, up to and including November 23, 2009, within which to respond to plaintiff's Complaint.

New Orleans, Louisiana, this __12th__ day of __November__, 2009.

_____
UNITED STATES DISTRICT JUDGE

146450