UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANCH CONSULTANTS, LLC                         CIVIL ACTION

VERSUS                                          NO. 06-4091

ALLSTATE INSURANCE CO., ET AL.                  SECTION "R"

### ORDER DENYING ORAL ARGUMENT

The Court is in receipt of a request by defendants (R. Doc 238) for oral argument on their Motion for Certification of Court's October 19, 2009 Order for Interlocutory Appeal.

The Court has reviewed the pleadings and is familiar with the issues raised in the motion.

Accordingly,

The request is DENIED as unnecessary.

New Orleans, Louisiana, this 12th day of November, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE