UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEGAN MAGEE TAYLOR and<br>WILLIAM R. TAYLOR | * | CIVIL ACTION |
| | * | NO. 08-4612 |
| VERSUS | | |
| | * | SECT. J, MAG. 1 |
| FORD MOTOR COMPANY | | |

\* \* \* \* \* \* \*

### ANSWER TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Ford Motor Company and, for answer to the Plaintiffs' First Supplemental and Amending Complaint, respectfully represents:

1.

Defendant denies the allegations of Paragraph I of the First Supplemental and Amending Complaint and Paragraph III of the Original complaint as amended and supplemented.

2.

Defendant denies the allegations of Paragraph II of the First Supplemental and Amending Complaint and Paragraph IV of the Original complaint as amended and supplemented.

3.

Defendant denies the allegations of Paragraph III of the First Supplemental and Amending Complaint and Paragraph VIII of the Original Complaint as amended.

4.

Defendant denies the allegations of Paragraph IV of the First Supplemental and Amending Complaint and additionally re-asserts and re-avers each and every answer and affirmative defense of its Original Answer, as if stated *in extensio* herein.

5.

Defendant requests and is entitled to a trial by jury on all issues herein.

**WHEREFORE**, Ford Motor Company prays that this Answer to Plaintiffs' First Supplemental and Amending Complaint be deemed good and sufficient, and after due proceedings are had, there be judgment herein rejecting the demands of Megan Magee Taylor and William R. Taylor, against Ford Motor Company, at petitioners' cost, for full, general and equitable relief as the nature of this case may permit and for a trial by jury of all issues of fact herein.

Respectfully submitted,

_____
JAMES C. RATHER, JR. (Bar No. 25839)
McCRANIE, SISTRUNK, ANZELMO, HARDY & McDANIEL
195 Greenbriar Boulevard, Suite 200
Covington, Louisiana  70433
Telephone: (504)-831-0946
Fax:  (985) 809-9677
E-mail: jrather@mcsalaw.com
**ATTORNEYS FOR FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2009, the foregoing *Answer to Plaintiffs' First Supplemental and Amending Company* was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> RONNIE G. PENTON, ESQ.
> LAW OFFICES OF RONNIE G. PENTON
> 209 Hoppen Place
> Bogalusa, Louisiana 70427
> **Telephone: 985/732-5651**
> **Fax: 985/735-5579**
> ATTORNEY FOR PLAINTIFFS

_____
JAMES C. RATHER, JR.