IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*EX REL.* BRANCH CONSULTANTS, L.L.C.,<br><br>         Plaintiff,<br>v.<br><br>FIDELITY NATIONAL INSURANCE<br>COMPANY, *et al.*<br>         Defendants. | )<br>)<br>)<br>)<br>) Case No. 2:06-cv-4091<br>)<br>)<br>)<br>) |

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel comes Relator Branch Consultants, L.L.C., requesting that this Honorable Court schedule an oral hearing of Branch Consultants, L.L.C.'s Motion to Strike Fidelity's Third Party Complaint.

Dated: November 23, 2009            Respectfully submitted,

KANNER & WHITELY L.L.C.

By: /s/ Allan Kanner

Allan Kanner (LA #20580)
a.kanner@kanner-law.com
Conlee S. Whiteley (LA#22678)
c.whiteley@kanner-law.com
Cynthia St. Amant (LA #24439)
c.stamant@kanner-law.com

1

M. Ryan Casey (LA#31092)
r.casey@kanner-law.com
Melissa M. Fuselier (LA #31163)
m.fuselier@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Telephone (504) 524-5777
Fax: (504) 524-5763

*and*

SUSMAN GODFREY LLP

Jonathan Bridges (TX #24028835)
jbridges@SusmanGodfrey.com
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: (214) 754-1900
Fax: (214) 665-0856

Tibor Nagy (NY #4508271)
tnagy@SusmanGodfrey.com
654 Madison Ave., 5th Flr
New York, NY 10065
Telephone: (212) 336-8332
Fax: (212) 336-8340

Matthew R. Berry (WA #37364)
mberry@susmangodfrey.com
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7394
Fax: (206) 516-3883

*and*

HERMAN, HERMAN, KATZ & COTLAR, LLP

Stephen J. Herman (LA #23129)
sherman@hhkc.com
Soren E. Gisleson (LA #26302)
sgisleson@hhkc.com
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024

2

***Attorneys for Plaintiff/Relator***

### Certificate of Service

I hereby certify that on November 23, 2009, a copy of the above and foregoing *Branch Consultants, L.L.C.'s Request for Oral Argumentt* has been served upon all counsel of record in this matter by placing the same in the U.S. Mail, first class postage prepaid and properly addressed, by facsimile and/or by electronic mail using the CM/ECF. I further certify that a true and correct copy of this Motion was sent via electronic mail (pursuant to agreement) on November 23, 2009, to Assistant United States Attorney, Jay D. Majors.

/s/ Allan Kaner

3