UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>EX REL. BRANCH CONSULTANTS LLC | CIVIL ACTION |
| VERSUS | NO. 06-4091 |
| FIDELITY NATIONAL INSURANCE<br>COMPANY | SECTION "R" |

### ORDER GRANTING ORAL ARGUMENT

The Court is in receipt of request by relator Branch Consultants for oral argument (R. Doc. 256) on their motion (R. Doc. 253) to strike third party complaint.

Accordingly,

IT IS ORDERED that the request is hereby GRANTED.  Oral argument will be held on WEDNESDAY, JANUARY 20, 2010, at 10:00 a.m.

Counsel for the Government is hereby informed that their appearance at this oral argument is required by the Court.

New Orleans, Louisiana, this  10th  day of December, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE