# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*. BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:  06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

### ORDER

DEADLINES FOR SUBMISSION OF DISCOVERY PLANS

The court has reviewed the pleadings and orders in this case which were filed after the judgment of the United States Court of Appeals for the Fifth Circuit.  The scheduling order provides that discovery is to be completed by October 1, 2010.  Rec. doc. 246. The record demonstrates a need for some court management of discovery to ensure that the parties complete discovery within the deadline.

The parties shall submit proposed discovery plans.  The defendants are strongly encouraged, but not required, to submit a joint discovery plan.  The plans shall address the issues raised in Fed. R. Civ. P. 26(f)(3), including the issue of electronically store information.  The discovery plans shall address whether the discovery orders in <u>States *ex rel*. Rigsby v. State Farm Insurance Co.</u>, 06-CV-433 (S.D. Miss.), are appropriate for use in this action.  The plans and responses shall be filed electronically and submitted to chambers via e-mail ([shushan@laed.uscourts.gov](shushan@laed.uscourts.gov)) or by fax (504-589-4994).

IT IS ORDERED that:

1. By **Friday, January 8, 2010**, the parties shall submit proposed discovery plans.

2. By **Friday, January 15, 2010**, the parties shall submit responses to the proposed discovery plans.

3. A discovery status conference is set for **Wednesday, January 20, 2010**, immediately following the hearing before District Judge Vance on the motion of the plaintiff to strike Fidelity's answer and third party demand. The discovery conference will be in courtroom B345.

New Orleans, Louisiana, this 15th day of December, 2009.

                                      **SALLY SHUSHAN**
                                      **United States Magistrate Judge**

cc: Chief District Judge Vance