IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRANCH CONSULTANTS, L.L.C., <br><br> Plaintiff, <br> v. <br><br> ALLSTATE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, FIDELITY NATIONAL INSURANCE COMPANY, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, AMERICAN RELIABLE INSURANCE CO. OF SCOTTSDALE, ST. PAUL TRAVELERS COS., PILOT CATASTROPHE SERVICES, INC., CRAWFORD & COMPANY, ALLIED AMERICAN ADJUSTING COMPANY L.L.C., NCA GROUP, INC., INC., SIMSOL INSURANCE SERVICES, INC., COLONIAL CLAIMS CORPORATION, AND JOHN DOES 1-99, <br><br> Defendants. | Case No. 2:06-cv-4091 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff/Realtor Branch Consultants, LLC ("Branch"), through undersigned counsel, will bring Branch's Motion for Leave to File Second Amended Complaint for hearing before the Honorable Sally Shushan at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room B345, New Orleans, LA 70130, on Wednesday, January 20, 2010, immediately following the hearing on Plaintiff's motion to strike Fidelity's third-party complaint or immediately following the previously scheduled Discovery Status Conference.

*The motion is set for hearing on the BRIEFS ONLY (no oral argument).*

998645v1/009717

1/4/10   U.S. Magistrate Judge