UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---

UNITED STATES OF AMERICA,
*EX REL.* BRANCH CONSULTANTS, L.L.C.,

        Plaintiff,

v.

ALLSTATE INS. CO., et al.,

        Defendants.

Case No.: 06-cv-4091 (SSV)

Sect.: R

---

### [PROPOSED] ORDER CONCERNING AVOIDING DUPLICATION AND NON-WAIVER OF PRIVILEGES

Having considered Defendants' Discovery Plan, and good cause appearing, IT IS HEREBY ORDERED:

1. All parties shall make efforts to cooperate and avoid duplication of efforts in the deposing of witnesses, production of documents, other discovery matters, and in presenting matters to the Court. Defendants are not required to serve joint discovery requests nor are they required (although they are encouraged) to make joint submissions to the Court

2. Any information and/or documents respecting the defense of this action exchanged among counsel for defendants for the purpose of avoiding duplication, cooperating in accordance with this order, and assisting in the common defense shall not constitute a waiver of whatever attorney-client privilege, work product doctrine or other privilege or protection would otherwise apply if the exchange of information and/or documents had been among different attorneys for a single party.

Dated: _____     _____
                                                                 United States Magistrate Judge