MINUTE ENTRY
VANCE, J.
JANUARY 20, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANCH CONSULTANTS | CIVIL ACTION |
| VERSUS | NO. 06-4091 |
| ALLSTATE INSURANCE CO., ET AL. | SECTION "R"(1) |

ORAL ARGUMENT ON MOTION TO STRIKE [247] THIRD PARTY COMPLAINT BY BRANCH CONSULTANTS, LLC (REC DOC. NO. 253)

| | |
|---|---|
| CASE MANAGER: | JAY SUSSLIN |
| COURT REPORTER: | TONI TUSA |

APPEARANCES:   ALAN KANNER
RYAN CASEY
CONNIE WHITELEY
MATTHEW BERRY
SOREN GISLESON
TIBOR NAGY
ED WICKER
KEITH MAGNESS
GERALD NIELSEN
WILLIAM TREAS
JAY LONERO
CHRISTOPHER PENNISON
JAMES RATHER
GORDON SEROU
MICHAEL MARTIN
HARRY ROSENBERG
BRYCE FRIEDMAN
JAY MAJORS

Court begins.
Counsel appear for the record.
Motion argued.
Counsel instructed not to service third party complaint.
Motion taken under submission.
Court adjourned.

JS-10: 00:37