UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRANCH CONSULTANTS, LLC | CIVIL ACTION |
| VERSUS | NO: 06-4091-SSV-SS |
| ALLSTATE INSURANCE COMPANY, et al | |

### ORDER

In a January 20, 2010 order, the parties were to filed motions to compel by January 29, 2010. Rec. doc. 309 (Part A.2 and 3). Counsel for Standard Fire reports that the parties conducted a discovery conference with agreement on some issues but not others. Accordingly,

IT IS ORDERED that:

1. Part A.2 and 3 of the January 20, 2010 discovery order (Rec. doc. 309) is MODIFIED.

2. Where the parties were unable to reach agreement on the discovery issues, they shall file their motions to compel by **Friday, January 29, 2010**.

3. Where the parties believe they were able to reach agreement on the discovery issues, the deadline for filing motions to compel in the event that responses are deemed insufficient is extended to **Friday, February 5, 2010.**

4. The parties shall file requests for expedited consideration with their motions to compel.

New Orleans, Louisiana, this 28th day of January, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**