UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *EX REL.* BRANCH CONSULTANTS, L.L.C., <br><br> Plaintiff <br><br> VERSUS <br><br> ALLSTATE INSURANCE COMPANY, et. al., <br><br> Defendants | CIVIL ACTION NO.: 06-4091 <br><br> SECTION: "R" (1) <br><br> JUDGE: VANCE <br><br> MAGISTRATE: SHUSHAN |

## ORDER

Considering the foregoing Request for Oral Argument ("Request") of Liberty Mutual Fire Insurance Company ("Liberty Mutual") regarding its Motion to Sever ("Motion"):

**IT IS HEREBY ORDERED** that Liberty Mutual's Request is **GRANTED**. Oral argument on Liberty Mutual's Motion shall be held on Wednesday, March 3, 2010, at

a.m.
   IT IS FURTHER ORDERED that Standard Fire's request (rec. no. 290) is for oral argument on its motion to sever is GRANTED and set for hearing on March 3, 2010 at 10:00 a.m.

New Orleans, Louisiana, this 29th day of January, 2010.

*Sarah Vance*
_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE