UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *EX REL.* **BRANCH CONSULTANTS, L.L.C.,** | CIVIL ACTION NO.: 06-4091 |
| Plaintiff | SECTION: "R" (1) |
| VERSUS | JUDGE: VANCE |
| **ALLSTATE INSURANCE COMPANY,** *et al.,* | |
| Defendants | MAGISTRATE: SHUSHAN |

**FIDELITY'S INITIAL LIST OF PERSONS TO BE DEPOSED REGARDING THE FIRST AMENDED COMPLAINT**

Pursuant to the Court's order dated January 20, 2010, Defendants, Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Company (hereinafter referred to collectively as "Fidelity"), Write-Your-Own ("WYO") Program insurance carriers participating in the United States government's National Flood Insurance Program ("NFIP"), respectfully submits this initial list of persons to be deposed regarding the first amended complaint.

I. **PERSONS IDENTIFIED IN PLAINTIFF'S INITIAL DISCLOSURES AS HAVING DISCOVERABLE INFORMATION THAT PLAINTIFF MAY USE TO SUPPORT ITS CLAIMS AGAINST FIDELITY**

The following individuals were each identified by Branch Consultants, LLC ("Branch") as having knowledge of adjustment of properties damaged by Hurricane Katrina, adjusting standards and estimating practices.

1. Max Johnson c/o Branch Consultants LLC, 7301 W. Judge Perez Drive, PMB #28, Arabi, LA 70032.

2. Troy Black c/o Branch Consultants LLC, 7301 W. Judge Perez Drive, PMB #28, Arabi, LA 70032.

-1-

3. Anthony Hall c/o Branch Consultants LLC, 7301 W. Judge Perez Drive, PMB #28, Arabi, LA 70032.

4. Rich Clarke c/o Branch Consultants LLC, 7301 W. Judge Perez Drive, PMB #28, Arabi, LA 70032.

The following unnamed individuals were identified by Branch as having knowledge of "[f]lood claims submitted by defendants; Money paid to defendants for flood claims, including fees; FEMA's policies and guidelines concerning the NFIP and WYO programs."

5. "[O]ne or more current or former employees of FEMA and/or NFIP". Branch should be required to identify these persons so they can be deposed or Branch should not be permitted to rely on any information they have.

## II. PARTIES THAT HAVE DISCOVERABLE INFORMATION TO SUPPORT FIDELITY'S DEFENSES

6. Branch Consultants LLC, 7301 W. Judge Perez Drive, PMB #28, Arabi, LA 70032. Branch is the plaintiff in this case and should be required to produce a witness to testify pursuant to Rule 30(b)(6) about all of the allegations in the complaint.

7. Beth Johnson, c/o Branch Consultants LLC, 7301 W. Judge Perez Drive, PMB #28, Arabi, LA 70032. As the co-owner of Branch, Ms. Johnson may possess relevant information regarding Branch's investigation of the properties at issue and other information relating to Branch's claims.

## III. NON-PARTIES THAT MAY HAVE DISCOVERABLE INFORMATION TO SUPPORT FIDELITY'S DEFENSES

8. Charlie Harris, Claims Adjuster, Colonial Claims, 2200 Bayshore Boulevard, Dunedin, FL 34698. Mr. Harris has knowledge and information about the

      damage to the property located at 316-318 North Galvez Street, New Orleans, LA.

9. Ronald J. Hollon, Claims Adjuster, Colonial Claims, 2200 Bayshore Boulevard, Dunedin, FL 34698. Mr. Hollon has knowledge and information about the damage to the property located at 3033 Louisa Street, New Orleans, LA.

10. Anthony Moon, current address unknown. Mr. Moon has knowledge and information about the damage to the properties located at 316-318 N. Galvez Street, New Orleans, LA and 3033 Louisa Street, New Orleans, LA.

11. Warren A. Dennis, Adjuster, LMB Claim Solutions, Inc., P.O. Box 861, Sapulpa, OK 74067. Mr. Dennis has knowledge and information about the damage to the properties located at 9020 W. Judge Perez, Chalmette, LA and 2625-2627 General Pershing Street, New Orleans, LA.

12. A representative of Vina Family Medicine Center, 9020 W. Judge Perez, Chalmette, LA. The representative has knowledge and information about the damage to the property located at 9020 W. Judge Perez, Chalmette, LA.

13. A representative of Woman's Center, LLC, 2625-2627 General Pershing Street, New Orleans, LA. The representative has knowledge and information about the damage to the property located at 2625-2627 General Pershing Street, New Orleans, LA.

14. Vicki Burns, Adjuster, Cramer, Johnson, Wiggins & Associates, 1420 Edgewater Drive, Orland, FL. The representative has knowledge and information about the damage to the property located at 2625-2627 General Pershing Street, New Orleans, LA.

15. Tracy Dean Thacker, Claims Adjuster, Colonial Claims, 2200 Bayshore Boulevard, Dunedin, FL 34698. Mr. Dennis has knowledge and information about the damage to the property located at 9135 W. Judge Perez Drive, Chalmette, LA.

16. Dantam W. Mui, 9135 W. Judge Perez Drive, Chalmette, LA. Mr. Mui has knowledge and information about the damage to the property located at 9135 W. Judge Perez Drive, Chalmette, LA.

17. Ricky L. Clevinger, Claims Adjuster, Colonial Claims, 2200 Bayshore Boulevard, Dunedin, FL 34698. Mr. Clevinger has knowledge and information about the damage to the property located at 2137 S. Lopez Street, New Orleans, LA.

18. Harry Roark, III, 2137 S. Lopez Street, New Orleans, LA. Mr. Roark has knowledge and information about the damage to the property located at 2137 S. Lopez Street, New Orleans, LA.

19. James Slaughter, Claims Adjuster, Colonial Claims, 2200 Bayshore Boulevard , Dunedin, FL 34698. Mr. Slaughter has knowledge and information about the damage to the property located at 4621 Viola Street, New Orleans, LA.

20. Alice Augustine, 4621 Viola Street, New Orleans, LA. Ms. Augustine has knowledge and information about the damage to the property located at 4621 Viola Street, New Orleans, LA.

21. Greg Seelye, Claims Adjuster, Colonial Claims, 2200 Bayshore Boulevard, Dunedin, FL 34698. Mr. Seelye has knowledge and information about the damage to the property located at 7607 Vanderkloot Avenue, New Orleans, LA.

22. Willie Hubert, 7607 Vanderkloot Avenue, New Orleans, LA. Mr. Hubert has knowledge and information about the damage to the property located at 7607 Vanderkloot Avenue, New Orleans, LA.

23. Federal Insurance Administrator, National Flood Insurance Program, U.S. Department of Homeland Security P.O. Box 310 Lanham, MD 20703-0310 and a Rule 30(b)(6) witness designated by the National Flood Insurance Program to testify about the allegations in the complaint.

24. United States. A Rule 30(b)(6) witness designated by the Government to testify about its knowledge of the allegations in the complaint. The relevant address is believed to be c/o Jay D. Majors, Attorney, Department of Justice, PO Box 261 Ben Franklin Station, Washington DC 20044.

Dated: February 3, 2010.

    Respectfully submitted,

    NIELSEN LAW FIRM, LLC

    */s/ Gerald J. Nielsen*
    Gerald J. Nielsen (17078)
    gjnielsen@aol.com
    William T. Treas (26537)
    wtreas@nielsenlawfirm.com
    3838 North Causeway Boulevard, Suite 2850
    Metairie, Louisiana 70002
    P: (504) 837-2500; F: (504) 832-9165
    **Attorneys for Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company**

-6-

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has this date been served upon all parties to this suit through counsel by filing into the Court's electronic filing system and, for non-participants, by placing same in the U.S. mail, postage prepaid and properly addressed on this 3rd day of February, 2010.

                                       */s/ Gerald J. Nielsen*
                                       Gerald J. Nielsen