**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, *EX* REAL BRANCH CONSULTANTS, LLC** | * | **CASE NO.: 2:06-CV-4091** |
| | * | **SECTION: R** |
| **Plaintiff** | * | **HON. SARAH VANCE** |
| **VERSUS** | * | **MAG. 1** |
| **ALLSTATE INS. CO., ET AL.** | * | **HON. SALLY SHUSHAN** |
| **Defendants** | * | **JURY TRIAL REQUESTED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SIMSOL INSURANCE SERVICES, INC.'S INITIAL LIST OF PERSONS TO BE DEPOSED REGARDING THE FIRST AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes defendant, SIMSOL Insurance Services, Inc., and respectfully submits the following initial list of witnesses to be deposed regarding the First Amended Complaint in accordance with the Court's January 20, 2010 Order (Doc. 309):

1. Max Johnson
   Branch Consultants, LLC
   7301 W. Judge Perez Drive
   PMB# 28
   Arabi, Louisiana 70032

   Mr. Johnson was disclosed by plaintiff as having discoverable information on adjustments of properties damaged by Hurricane Katrina; adjusting standards and practices. Mr. Johnson may also have discoverable information regarding the "original source" status of Branch Consultants, L.L.C., the claims against SIMSOL, and the properties identified in Paragraphs 27 and 28 of the First Amended Complaint.

2. Troy Black
Branch Consultants, L.L.C.
7301 W. Judge Perez Drive
PMB #28
Arabi, Louisiana 70032

Mr. Black was disclosed by plaintiff as having discoverable information on adjustments of properties damaged by Hurricane Katrina; adjusting standards and practices. Mr. Black may also have discoverable information regarding the "original source" status of Branch Consultants, L.L.C., the claims against SIMSOL, and the properties identified in Paragraphs 27 and 28 of the First Amended Complaint.

3. Anthony Hall
Branch Consultants, L.L.C.
7301 W. Judge Perez Drive
PMB #28
Arabi, Louisiana 70032

Mr. Hall was disclosed by plaintiff as having discoverable information on adjustments of properties damaged by Hurricane Katrina; adjusting standards and practices. Mr. Hall may also have discoverable information regarding the "original source" status of Branch Consultants, L.L.C., the claims against SIMSOL, and the properties identified in Paragraphs 27 and 28 of the First Amended Complaint.

4. Rick Clarke
Branch Consultants, L.L.C.
7301 W. Judge Perez Drive
PMB #28
Arabi, Louisiana 70032

Mr. Clarke was disclosed by plaintiff as having discoverable information on adjustments of properties damaged by Hurricane Katrina; adjusting standards and practices." Mr. Clarke may have discoverable information regarding the "original source" status of Branch Consultants, L.L.C., the claims against SIMSOL, and the properties identified in Paragraphs 27 and 28 of the First Amended Complaint.

5. Branch Consultants, L.L.C.
7301 W. Judge Perez Drive
PMB #28
Arabi, Louisiana 70032

Branch Consultants, L.L.C., through its corporate representatives produced in accordance with Rule 30(b), should have discoverable information regarding the "original source" status of Branch Consultants, L.L.C., the claims against SIMSOL, the allegations in the original Complaint and First Amended complaint, and the properties identified in Paragraphs 27 and 28 of the First Amended Complaint.

6. Beth Johnson
Branch Consultants, L.L.C.
7301 W. Judge Perez Drive
PMB #28
Arabi, Louisiana 70032

As a co-owner and/or member of Branch Consultants, L.L.C., Ms. Johnson should have discoverable information regarding the "original source" status of Branch Consultants, L.L.C., the claims against SIMSOL, the allegations in the original Complaint and First Amended Complaint, and the properties identified in Paragraph 27 and 28 of the First Amended Complaint.

7. Heather and Chris Nguyen
109 Lighthouse Point
Slidell, Louisiana 70458

Mr. & Mrs. Nguyen may have discoverable information regarding flood damage and flood claims for the properties located at 4900 Alsace Street, New Orleans, Louisiana 70129; 4910 Alsace Street, New Orleans, Louisiana 70129; 4920 Alsace Street, New Orleans, Louisiana 70129; and 4870 Alsace Street, New Orleans, Louisiana 70129.

8. Sandra Marie Smith
13701 N. Cavelier Drive
New Orleans, Louisiana 70129

Ms. Smith may have discoverable information regarding the flood damage and flood claim for the property located at 13701 N. Cavelier Drive, New Orleans, Louisiana 70129.

9. Vanessa M. Patin
13661 N. Cavelier Drive
New Orleans, Louisiana 70129

Ms. Patin may have discoverable information regarding the flood damage and flood claim for the property located at 13661 N. Cavelier Drive, New Orleans, Louisiana 70129.

10. "One or more current or former employees of FEMA and/or NFIP"
Address not identified in Relator's Initial Disclosures

"One or more current or former employees of FEMA and/or NFIP" were disclosed by plaintiff as having discoverable information on "[f]lood claims submitted by defendants; Money paid to defendants for flood claims, including fees; FEMA's policies and guidelines concerning the NFIP and WYO companies."

11. Federal Insurance Administrator
National Flood Insurance Program
U.S. Department of Homeland Security
P.O. Box 310
Lanham, Maryland 20703-0310

Federal Insurance Administration ("FIA"), National Flood Insurance Program ("NFIP"), and/or U.S. Department of Homeland Security ("DHS"), through its corporate representatives produced in accordance with Rule 30(b), may have discoverable information regarding the claims handling/processing as administered by National Flood Services, Inc., the claims against SIMSOL, the allegations in the original Complaint and First Amended Complaint, and the properties identified in Paragraphs 27 and 28 of the First Amended Complaint.

12. The United States of America
c/o Jay Majors, Esq.
U.S. Department of Justice
P.O. Box 261 Ben Franklin Station
Washington D.C. 20044

The United States of America, through its representatives, may have discoverable information regarding the claims handling/processing for flood claims by SIMSOL and as administered by National Flood Services, Inc., the disclosures and documents provided to the Government by or on behalf of Branch Consultants, L.L.C., the claims against SIMSOL, the

allegations in the original Complaint and First Amended Complaint, and the properties identified in Paragraphs 27 and 28 of the First Amended Complaint.

SIMSOL reserves the right to amend, modify and/or supplement this list as permitted by the Court.

Respectfully submitted,

s/ JAMES C. RATHER, JR.

**JAMES C. RATHER, JR., TA** (No.25839)
SUTTON & ALKER, LLC
4080 Lonesome Road, Suite A
Mandeville, Louisiana 70448
Tel: 985-727-7501
Fax: 985-727-7506
Email: jrather@sutton-alker.com
**ATTORNEY FOR DEFENDANT,**
**SIMSOL INSURANCE SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via Email (per agreement of counsel) and electronically via the Court's CM/ECF system on this 3rd day of February, 2010.

s/ JAMES C. RATHER, JR.