## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.**<br>**BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:  06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

## ORDER FOR PRODUCTION OF PRIVILEGE LOGS

Pursuant to the discovery order of February 10, 2010, granting in part defendants' request for order for production of privilege logs [Rec. doc. 289 (Exhibit C-Section F)],

IT IS ORDERED as follows:

1. Consistent with Federal Rule of Civil Procedure 26(b)(5)(A), a Party withholding or redacting any Responsive Document on the grounds of privilege, immunity or any similar claim shall provide to the Receiving Party a log containing the information described in Paragraph F.2 ("Privilege Log") within twenty (20) calendar days of withholding the documents from production. The Parties shall not be required to provide a Privilege Log for any withheld privileged communications or work product involving outside counsel of record in the Litigation and related solely to the Litigation, and which was created or sent on or after the unsealing of the First Amended Complaint in the Litigation; however, if good cause can be demonstrated, the parties may request a log of such documents.

2. For each document withheld or redacted, the Privilege Log shall contain the following information: (i) the date of the document; (ii) the document's author and/or signatory; (iii) the identity of all persons designated as addressees or copyees; (iv) a description of the contents of the

document that, without revealing information itself privileged or protected, is sufficient to understand the subject matter of the document and the basis of the claim of privilege or immunity; (vi) the type or nature of the privilege asserted (*e.g.*, attorney-client privilege, work product doctrine, etc.); (vii) the document numbers corresponding to the first and last page of any withheld or redacted document, if the document has been assigned any such document numbers, otherwise the page count; and (viii) the type or nature of the document (e.g., letter, e-mail, memo, spreadsheet or presentation).

3. Each individual e-mail communication in an e-mail stream (*i.e.*, a series of emails linked together by e-mail responses and forwarding) that is withheld or redacted on the grounds of privilege, immunity or any similar claim shall be separately logged. The parties shall not be required to log identical e-mail communications that are included in different or duplicative e-mail streams provided the individual e-mail communication that is being withheld or redacted has been logged in accordance with this Paragraph.

New Orleans, Louisiana, this 10th day of February, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**