# EXHIBIT 15









BPHOTOS000027