# EXHIBIT 2

7441 Fieldstone Road
New Orleans, LA 70126

BPHOTOS000229







