# Photo Sheet

| | |
|---|---|
| Insured  WOMENS'S CENTER LLC | Coverage FL-BUILD |

Claim #    lmb-6304
Policy #    17-2510213116-00
Ins Claim #    FNIC 1050072079



**Photo -interior damages**

flood water has wicked up to about 4 feet on interior



**Photo -insured risk front view**

insured has already cleaned most of exterior

**Photo Sheet**

Insured    WOMENS'S CENTER LLC

Coverage FL-BUILD

Claim #      lmb-6304
Policy #     17-2510213116-00
Ins Claim #  FNIC 1050072079

Photo -





Photo Sheet (MS/B 0470)          - 2 -          Oct 10, 2005

EXHIBIT 1

WOMENS PC
000097