9 98321
6/17/06

| INSURED | : Womans Center LLC | DATE OF REPORT | : 02/15/2006 |
| LOCATION | : 2625 General Pershing St. | DATE OF LOSS | : 08/29/2005 |
| | : New Orleans, LA 70115 | POLICY NUMBER | : 17251021311600 |
| COMPANY | : Fidelity National Insurance Company | CLAIM NUMBER | : FNIC 1050072079 |
| | : Flood Processing Center | OUR FILE NUMBER | : 6304E |
| | : Kalispell, MT 59903-2057 | ADJUSTER NAME | : Warren A. Dennis |

**ORIGIN:**

A general condition of flooding occurred on 08/29/2005. The San Bernard river is located approximately 8 miles away and flooded leaving it's banks. Drainage in the area backed up and entered the risk.

## ADJUSTMENT

**BUILDING:**

**Building Adjustment:**

Adjuster met with the insured's on 01/24/2006 and found that water had entered the risk to a height of 71 on the exterior and 47 on the interior. The risk is a duplex that has two living area's, two bedrooms, two kitchens and two baths. The risk has hardwood floors and plaster on the walls. There are four fireplaces that would require repair and replacement of the metal inserts. The electrical wiring in the risk requires replacement as it is of an older style and not water proof. Adjuster wrote the estimate after recieving the file from another adjuster that left the area and was unable to complete it. The risk had been gutted at the time of the inspection. The interior walls are 11.5 feet tall with 8 foot doors and casings. ==The insured stated that mold went up the walls and included the ceiling.==

Using our best judgment, it is our opinion that this risk is a policy limit loss. It is located in an area of New Orleans severely damaged by the floods caused by Hurricane Katrina.

==The flood waters at this risk contained incredible amounts of toxic and human waste bacteria. As our photos indicate, large amount of various and numerous different strains of mold are present in the risk and growing every day. Mold was observed from the flooring materials to the ceilings including light fixtures, doors, windows, cabinets, etc.==

==This risk was not accessible by the insured or repair/mitigation crews for an extended time following the event. Once accessible, the risk continues to be without power making any mitigation or repair processes impossible. These conditions added to the enormity of the mold growth and infestations found during our inspection.==

This risk will not be repairable for some time. There are not enough contractors to do repairs much less dry out and remediate the mold currently growing at this residence. At this writing, it is unknown how long this risk will remain in a state of disrepair.

It is for the above reasons it is our opinion this risk should be considered a policy limit loss from a flood insurance standpoint.

We have valued this risk using values obtained from Craftsman's 2005 National Building Cost Manual in addition to our own research. Please review the attached Valuation report for a more detailed explanation of our square foot pricing.

**Estimate RCV:**     $356,222.79

SIMSOL®
Form REP-1/Rev B

WOMENS PC
000011

EXHIBIT 2