UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRANCH CONSULTANTS, L.L.C., <br><br> Plaintiff <br><br> VERSUS <br><br> ALLSTATE INSURANCE COMPANY, et. al., <br><br> Defendants | CIVIL ACTION NO.: 06-4091 <br><br> SECTION: "R" (1) <br><br> JUDGE: VANCE <br><br> MAGISTRATE: SHUSHAN |

## ORDER

Considering the foregoing *Ex Parte* Motion to Seal Pleading ("Motion") filed by Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual"),

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion be and is hereby **GRANTED**. The Clerk of Court shall designate Record Document Nos. 387-2 and 395 as "Confidential", and seal said pleadings.

New Orleans, Louisiana this  24th  day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

153771