IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *EX REL.* BRANCH CONSULTANTS, L.L.C., <br><br> *Plaintiff* <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, et al., <br><br> *Defendants* | Case No. 2:06-cv-4091 <br><br><br><br> SECTION: "R" (1) <br><br> Magistrate Judge Sally Shushan |

**BRANCH CONSULTANTS, L.L.C.'S NOTICE
OF SCHEDULING OF 30(B)(6) DEPOSITIONS**

Pursuant to the Court's February 10, 2010 Order (Dkt. #359), Branch Consultants, L.L.C. submits this notice to apprise the Court of issues relating to the scheduling of Rule 30(b)(6) depositions. The Court's order states, "Within fourteen (14) calendar days of the entry of this order, the parties shall agree on a schedule for the Rule 30(b)(6) depositions of the defendants concerning ESI. If they are unable to agree, they <u>shall notify the court</u> within the same deadline." (p. 14, emphasis added) In addition, the Court's January 20, 2010 (Dkt. # 309) Order states, "By Friday, February 12, 2010, the parties shall make their best efforts to schedule depositions."

Despite this Order and its plain requirements, Defendants have not complied. Instead, for the first time on February 22, three defendants made an offer of dates on which they would offer a Rule 30(b)(6) witness by agreement:

- Liberty Mutual: week of March 15 or March 22
- Fidelity: March 18 or 19
- American Reliable: March 29, 30, or 31

On February 23 and, in corrected form, on February 24, for the first time, two more defendants offered Rule 30(b)(6) deposition dates:

- Simsol: March 26
- Colonial: March 8-25 or April 12-30

To date, ANPAC and Standard Fire have not provided proposed deposition dates, although both have represented that they are working actively to do so.

Each of these depositions should have been set in February. At this point, it is too late to do so. To get discovery back on schedule, it is imperative that the Rule 30(b)(6) depositions go forward in March and that, simultaneously, additional depositions be scheduled. Branch shall continue its attempts to make this happen and will present appropriate motions if those efforts fail.

DATED:  February 24, 2010                          Respectfully submitted,

                                                   SUSMAN GODFREY LLP

                                                   By: /s/ Matthew R. Berry

                                                   Jonathan Bridges (TX #24028835)
                                                   jbridges@SusmanGodfrey.com
                                                   901 Main Street, Suite 5100
                                                   Dallas, Texas  75202-3775

                                                   Tibor L. Nagy, Jr. (NY #4508271)
                                                   tnagy@SusmanGodfrey.com
                                                   654 Madison Ave., 5th Flr
                                                   New York, NY 10065

                                                   Matthew R. Berry (WA #37364)
                                                   mberry@susmangodfrey.com
                                                   1201 Third Avenue, Suite 3800
                                                   Seattle, WA 98101

                                                          *and*

KANNER & WHITELEY L.L.C.

Allan Kanner (LA #20580)
a.kanner@kanner-law.com
701 Camp Street
New Orleans, LA  70130

  *and*

HERMAN, HERMAN, KATZ & COTLAR, LLP

Stephen J. Herman (LA #23129)
sherman@hhkc.com
Soren E. Gisleson (LA #26302)
sgisleson@hhkc.com
820 O'Keefe Avenue
New Orleans, Louisiana 70113

***Attorneys for Plaintiff/Relator***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of February, 2010, I electronically filed the above and foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that a true and correct copy of this Notice was sent via electronic mail (pursuant to agreement) to Assistant United States Attorney Jay D. Majors.

                                          /s/ Bianca Nealious