UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
*EX REL.* BRANCH CONSULTANTS, L.L.C., : Case No.: 06-cv-4091-SSV-SS
:
                Plaintiff, : Sect.: R
:
          v. : Judge Vance
:
ALLSTATE INS. CO., et al., : Magistrate Judge Shushan
:
                Defendants. :
:
-------------------------------------------------------------------x

## **RESPSONSE TO BRANCH'S NOTICE OF SCHEDULING OF DEPOSITIONS**

    Yesterday, Branch Consultants, L.L.C. ("Branch") filed a notice with the Court stating that Defendants have not complied with Court orders. That is simply not true.

    The Court's January 20, 2010 Order (Dkt. No. 359) required the parties to: (i) file initial lists of persons to be deposed by February 3; (ii) make their best efforts to schedule depositions by February 12; and (iii) submit a schedule of such depositions by March 2. Once the initial witness lists were filed, Defendants met and conferred amongst themselves to discuss the best way to coordinate depositions. Following that meeting, counsel for Standard Fire Insurance Company ("Standard Fire") reached out to counsel for Branch on February 10—the day the Court issued an order addressing ESI depositions—to propose a streamlined way to schedule

depositions. Counsel for Standard Fire finally connected with counsel for Branch on February 12, at which time she volunteered to prepare a draft calendar if all parties submitted dates to her.

Counsel for Branch, however, responded that Branch wanted the ESI depositions scheduled first—before Branch would discuss scheduling other depositions—and thus would not agree to Defendants' scheduling proposal. Branch represented that once it had dates for the ESI depositions, it would provide dates for its own witnesses. Counsel for Standard Fire inquired as to whether Branch wanted dates from Defendants for witnesses other than ESI witnesses, particularly in light of the Court's order that a deposition calendar be submitted by March 2. Branch declined, indicating that it had not yet decided which of the witnesses listed on Branch's initial witness list it actually wanted to depose.

To move the process forward, Defendants worked with their clients and, in some cases, third party vendors to compile available and non-conflicting dates for each of the individual ESI depositions. Counsel for Standard Fire called Branch's counsel on February 19 to provide dates gathered thus far and, after trading voicemails, in fact provided such dates on February 22. Additional dates were provided on February 23 and February 24. Standard Fire repeatedly told Branch that it would provide it with Standard Fire's dates by February 24, and Standard Fire complied with this representation. As Standard Fire informed Branch, Standard Fire's flood claims are processed and maintained by a third party vendor. As such, to the extent claim files have an electronic "native format," such native format would be maintained by the vendor, CSC, not Standard Fire. In order to streamline the process and ensure that the ESI deposition is productive, Standard Fire had been working with the vendor directly to identify the person most knowledgeable there concerning ESI and to obtain deposition dates.

By letter dated February 24, Standard Fire provided Branch with dates for the deposition and requested dates in April for the Branch witnesses identified on Standard Fire's initial list of witnesses. Branch responded that it would get back to Standard Fire promptly with options.

With one exception, Defendants provided Branch with dates for ESI depositions by February 24, 2010. All but one of these depositions will take place during the month of March.

Dated:  February 25, 2010                              Respectfully submitted,

PHELPS DUNBAR LLP


/s/ Harry Rosenberg_____
Harry Rosenberg (11465)
rosenbeh@phelps.com
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:  (504) 566-1311

SIMPSON THACHER AND BARTLETT LLP
Bryce L. Friedman  (*pro hac vice*)
bfriedman@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone:  (212) 455-2000

Deborah L. Stein (*pro hac vice*)
dstein@stblaw.com
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone:  (310) 407-7500

**Attorneys for The Standard Fire Insurance Company**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served upon all parties to this suit through counsel by filing into the Court's electronic filing system on this 25th day of February, 2010.

                                                    /s/ Harry Rosenberg