# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.** **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

## ORDER

RELATOR'S MOTION FOR PROTECTIVE ORDER (Rec. doc. 406)

**GRANTED IN PART AND SET FOR HEARING WITHOUT ORAL ARGUMENT**

IT IS ORDERED as follows:

1. The motion of the relator, Branch Consultants, LLC ("Branch"), for expedited hearing (Rec. doc. 407) is GRANTED.

2. Branch's motion for a protective order (Rec. doc. 406) is GRANTED in PART and Melanie Mayer; Mayer & Associates, P.A.; Mayer Group, LLC; Max Johnson; Beth Johnson; Halpern and Martin, LLC; Richard J. Fernandez; Law Offices of Richard J. Fernandez; and Richard H. Barker, IV, are relieved from responding to any subpoena issued by the defendants in this action until further order of the court.[1]

---

[1] These are the non-parties identified in Branch's motion. If this list is incomplete, it may move to supplement its motion for a protective order.

3.  Branch's motion for a protective order is set for hearing (**no oral argument**) on **Wednesday, March 24, 2010**, on briefs.  Any opposition shall be submitted by **Tuesday, March 16, 2010.**  Any reply shall be submitted by **Tuesday, March 23, 2010.**

New Orleans, Louisiana, this 26th day of February, 2010.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**