## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.** <br> **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

### ORDER

LIBERTY MUTUAL'S MOTION FOR EXTENSION (Rec. doc. 409)

**GRANTED**

For the reasons described by the defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual"), in its *ex parte* motion for extension of time to respond to discovery,

IT IS ORDERED that Liberty Mutual's motion for extension (Rec. doc. 409) is GRANTED and its deadline for responding to the Second Amended Interrogatories and Requests for Production of Documents served by the relator, Branch Consultants, LLC, is extended for two weeks.

New Orleans, Louisiana, this 26th day of February, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**