UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* BRANCH CONSULTANTS, L.L.C.<br><br>　　　　　　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>ALLSTATE INSURANCE COMPANY, et al.<br><br>　　　　　　　　　　**Defendants** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.: 06-4091<br><br><br><br>SECTION "R" (1)<br><br><br>JUDGE: VANCE<br><br>MAGISTRATE: SHUSHAN |

## COLONIAL CLAIMS CORPORATION'S
## *EX PARTE* CONSENT MOTION FOR EXTENSION
## OF TIME TO RESPOND TO WRITTEN DISCOVERY

Colonial Claims Corporation's (Colonial Claims) hereby advises the Court that Plaintiff has agreed to a one-week extension of time, up to and including March 8, 2010, for defendant Colonial Claims to respond to Plaintiff/Realtor Branch Consultants, L.L.C's First Set of Interrogatories and Second Request for Production of Documents.

1

Accordingly, Colonial Claims, respectfully moves this Court for an Order extending the time to respond to written discovery until March 8, 2010.

Respectfully submitted,

BEST KOEPPEL TRAYLOR

BY:   /s/Brian S. Gilbert
PETER S. KOEPPEL (La. Bar #1465)
MICHAEL L. MARTIN (La. Bar #14171)
BRIAN S. GILBERT (La. Bar #21297)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524.1024
E-Mail: mmartin@bestkoeppel.com
E-Mail: bgilbert@briangilbertlaw.com
COUNSEL FOR COLONIAL CLAIMS CORP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2010, a copy of the above and foregoing disclosures have been served on all counsel of record by electronic mail.

    /s/Brian S. Gilbert