MINUTE ENTRY
VANCE, J.
MARCH 3, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANCH CONSULTANTS | CIVIL ACTION |
| VERSUS | NO. 06-4091 |
| ALLSTATE | SECTION "R" |

MOTIONS TO SEVER (REC. NO. 288 & 293)

COURTROOM DEPUTY: JAY SUSSLIN
COURT REPORTER/RECORDER: TONI TUSA

APPEARANCES:   HARRY ROSENBERG, GERALD NIELSEN
JUDY BARRASSO, CHRISTOPHER PENNISON,
ALLAN KANNER, JAMES RATHER,
BRYCE FRIEDMAN, GORDON SEROU,
JAY LONERO, CONLEE WHITELEY,
KEITH MAGNESS, MICHAEL LOUIS MARTIN

Court begins.
All present and ready.
Counsel appear for the record.
Argued, motion DEFERRED.
Court adjourned.

JS-10: 00:45