UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL*. BRANCH CONSULTANTS, LLC | CIVIL ACTION |
| VERSUS | NO: 06-4091-SSV-SS |
| ALLSTATE INSURANCE COMPANY, et al | |

### ORDER

At the request of the parties,

IT IS ORDERED that the schedule in the March 3, 2010 order (Rec. doc. 441) regarding Rule 30(b)(6) depositions on the merits is modified as follows:

1. by **Friday, April 2, 2010**, the parties shall submit any objections to the notices of deposition.

2. By **Monday, April 12, 2010**, the parties may submit a reply memorandum in opposition to the objections.

New Orleans, Louisiana, this 16th day of March, 2010.

SALLY SHUSHAN
United States Magistrate Judge