UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.** **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:  06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

**ORDER**

SUBPOENAS FOR ROAD HOME RECORDS

The defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual"), issued a subpoena duces tecum to the Louisiana Road Home Program ("Road Home") for documents concerning two applicants for benefits. The subpoena was returnable on Monday, February 22, 2010. Road Home's counsel, Dan Rees, reports that: (a) Fidelity National Insurance Company and Fidelity National Property and Casualty Insurance Company (collectively referred to as "Fidelity"), issued a subpoena for records concerning certain applicants; (b) Road Home produced records in response to the Fidelity subpoena; and (c) Fidelity's counsel agreed to hold the Road Home records in confidence until further order of the court.

Mr. Rees reports that Road Home maintains in electronic form "grant files" which include personal and financial information on Road Home applicants. Liberty Mutual acknowledges that its subpoena was broadly worded. Mr. Rees and Liberty Mutual's counsel conferred to attempt to reduce the scope of the subpoena. Liberty Mutual reports that it seeks the following categories of information from the grant files:

1. Application and application details.

2. Ownership documents.

      3.      SBA documents.

      4.      FEMA documents.

      5.      Appraisals.

      6.      Appeal documents.

      7.      Written correspondence from/to the applicant.

      8.      Cost damage allowance document.

At this point Road Home has not formally objected to the Liberty Mutual subpoena, nor has Liberty Mutual moved to compel production of the documents. Accordingly,

IT IS REQUESTED that Road Home produce the documents from the two grant files responsive to the above categories for *in camera* inspection by the court to confirm their relevance and determine whether the requirements in the order for production and exchange of confidential information (Rec. doc. 358) are sufficient to protect the interests of the applicants. These documents may be sent in electronic form to shushan@laed.uscourts.gov.

New Orleans, Louisiana, this 16th day of March, 2010.

                                                      **SALLY SHUSHAN**
                                                      **United States Magistrate Judge**

cc: Mr. Dan Rees