UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.** <br> **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:  06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

### ORDER

DEFENDANTS' OBJECTIONS TO ESI DEPOSITIONS (Rec. docs. 449, 450 and 451)

**GRANTED IN PART AND DENIED IN PART**

      IT IS ORDERED that:

1. The objections of the Insurer Defendants (Rec. doc. 451) are GRANTED in PART and DENIED in PART.  The ESI depositions of the Insurer Defendants are limited to the areas of examination found in the notices served in November and December, 2009.  See Rec. doc. 451 (Exhibits A and B).  These notices were not objected to by defendants.

2. The objections of Simsol Insurance Inc. and Colonial Claims (Rec. docs. 449 and 450) are GRANTED in PART and DENIED in PART.  The ESI depositions of the Adjuster Defendants are limited to the areas of examination found in the notices served in November and December, 2009 as applicable to the Adjuster Defendants.  See Rec. doc. 451 (Exhibits A and B).

3. The ESI depositions of the Adjuster Defendants shall be scheduled for dates after the completion of the ESI depositions of the Insurer Defendants.

4. The court will rule on the objections to the later filed ESI deposition notices after the District

Judge rules on the motion to file second amended complaint.

New Orleans, Louisiana, this 17th day of March, 2010.

                                        **SALLY SHUSHAN**
                             **United States Magistrate Judge**