UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*EX REL.* BRANCH CONSULTANTS, L.L.C.,<br><br>Plaintiff<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY, et. al.,<br><br>Defendants | CIVIL ACTION NO.: 06-4091<br><br>SECTION: "R" (1)<br><br>JUDGE: VANCE<br><br>MAGISTRATE: SHUSHAN |

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

For the reasons set forth in the attached memorandum in support, Defendants Liberty Mutual Fire Insurance Company, American National Property and Casualty Company, American Reliable Insurance Company, The Standard Fire Insurance Company, Colonial Claims Corporation, Simsol Insurance Services, Inc., Fidelity National Insurance Company, and Fidelity National Property and Casualty Insurance Company request that this Court enter an order modifying Branch's March 8, 2010 subpoenas to eleven third-parties to only allow discovery related to the twenty-seven properties at issue in the First Amended Complaint. Furthermore, Defendants request that the Court enter an order allowing the third-parties and Defendants a reasonable time to gather, sort and review the requested materials prior to production.

1

155551

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC | NIELSEN LAW FIRM, LLC |
| /s/ Keith L. Magness | /s/ Gerald J. Nielsen |
| Judy Y. Barrasso (2814) | Gerald J. Nielsen (17078) |
| jbarrasso@barrassousdin.com | gjnielsen@aol.com |
| John W. Joyce (27525) | William T. Treas (26537) |
| jjoyce@barrassousdin.com | wtreas@nielsenlawfirm.com |
| Keith L. Magness (29962) | 3838 North Causeway Boulevard, Suite 2850 |
| kmagness@barrassousdin.com | Metairie, Louisiana 70002 |
| 909 Poydras Street, Suite 2400 | Telephone: (504) 837-2500 |
| New Orleans, Louisiana 70112 | |
| Telephone: (504) 589-9700 | **Attorneys Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company** |
| **Attorneys for Liberty Mutual Insurance Company** | |
| LAW OFFICES OF GORDON P. SEROU, JR., L.L.C. | SUTTON & ALKER, LLC |
| | /s/ James C. Rather |
| /s/ Gordon P. Serou, Jr. | James C. Rather (25839) |
| Gordon P. Serou, Jr. (14432) | jrather@sutton-alker.com |
| gps@seroulaw.com | 4080 Lonesome Road, Suite A |
| Poydras Center, Suite 1420 | Mandeville, Louisiana 70448 |
| 650 Poydras Street | (985) 727-7501 |
| New Orleans, Louisiana 70130 | |
| Telephone: (504) 299-3421 | **Attorneys for Simsol Insurance Services, Inc.** |
| **Attorneys for American Reliable Insurance Company** | |

155551

| | |
|---|---|
| BEST KOEPPEL | LARZELERE PICOU WELLS SIMPSON LONERO, LLC |
| /s/ Peter S. Koeppel<br>Peter S. Koeppel<br>Michael L. Martin<br>2030 St. Charles Ave.<br>New Orleans, Louisiana 70130<br>Telephone:  (504) 598-1000<br>**Attorneys for Colonial Claims Corporation** | /s/ Jay M. Lonero<br>Jay M. Lonero, T.A. (20642)<br>jlonero@lpw-law.com<br>Christopher R. Pennison (22584)<br>cpennison@lpw-law.com<br>Angie A. Akers (26786)<br>aakers@lpw-law.com<br>3850 N. Causeway Boulevard, Ste 1100<br>Metairie, Louisiana 70002<br>Telephone:  (504) 834-6500<br><br>**Attorneys for American National Property And Casualty Company** |

PHELPS DUNBAR LLP

/s/ Harry Rosenberg
Harry Rosenberg (11465)
rosenbeh@phelps.com
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:  (504) 566-1311

SIMPSON THACHER AND BARTLETT LLP
Bryce L. Friedman  (*pro hac vice*)
bfriedman@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone:  (212) 455-2000

Deborah L. Stein (*pro hac vice*)
dstein@stblaw.com
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone:  (310) 407-7500

**Attorneys for The Standard Fire Insurance Company** (*erroneously named as St. Paul Travelers Co.)*

155551

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has this date been served upon all parties to this suit through counsel by filing into the Court's electronic filing system and, for non-participants, via electronic mail, this 19th day of March, 2010.

                                            /s/ Keith L. Magness
                                            KEITH L. MAGNESS

155551