UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *<br>*EX REL*, BRANCH CONSULTANTS, L.L.C. * | CIVIL ACTION NO.: 06-4091 |
| * | SECTION: "R" (1) |
| **Plantiff** * | |
| * | JUDGE: VANCE |
| vs. * | |
| * | MAGISTRATE: SHUSHAN |
| ALLSTATE INSURANCE COMPANY, et al, * | |
| * | |
| **Defendants** * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION'S
MOTION FOR PROTECTIVE ORDER</u>

**NOW INTO COURT**, through undersigned counsel, comes Louisiana Citizens Property Insurance Corporation (hereinafter "Louisiana Citizens"), a non-party to this litigation, who moves this Court to modify Plaintiff Branch Consultants, L.L.C.'s subpoena served on Louisiana Citizens Property Insurance Corporation on March 8, 2010, and to allow a reasonable time to gather, sort and review the appropriate requested materials prior to production, for the reasons set forth in the attached memorandum and the previously filed memorandum in support of Motion for Protective Order which was filed on behalf of Defendants Liberty Mutual Fire Insurance Company, American National Property and Casualty Company, American Reliable Insurance

Company, The Standard Fire Insurance ompany, Colonial Claims Corporation, Simsol Insurance Services, Inc., Fidelity National Insurance Company, and Fidelity National Property and Casualty Insurance Company.

Respectfully Submitted,

HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.

/s/ *Darren A. Patin*
JOHN T. CULOTTA (#17272)
DARREN A. PATIN (#23244)
JOHN C. DUPLANTIER (#18191)
One Galleria Blvd., Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
Attorneys for **Louisiana Citizens Property Insurance Corporation**

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of March, 2010, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Darren A. Patin*
DARREN A. PATIN