**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.** **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO:  06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

**ORDER**

COLONIAL'S MOTIONS TO CLARIFY ORDER AND TO QUASH (Rec. docs. 469 and 473)

**GRANTED IN PART AND DENIED IN PART**

On March 1, 2010, the motion of the relator, Branch Consultants, LLC ("Branch"), for leave to file second amended complaint was granted in part and denied in part. The request to add the inflated-revenue scheme was denied. Rec. doc. 417. On March 16, 2010, Branch filed a motion for review of that ruling (the "March 16, 2010 Appeal"). Rec. doc. 458. A consent motion was filed to continue the hearing of the March 16, 2010 Appeal until April 14, 2010. Rec. doc. 468.

On February 10, 2010, an order governing electronic discovery was issued. Branch was ordered to depose the defendants, pursuant to Fed. R. Civ. P. 30(b)(6), so that the parties could present testimony and other evidence regarding defendants' record keeping and maintenance of ESI. Rec. doc. 359. On March 3, 2010, the defendants raised the issue of whether the ESI depositions should be delayed pending a ruling on the March 16, 2010 Appeal. The parties reported that after the issuance of the February 10, 2010 order, Branch served new ESI notices. Rec. doc. 441. The parties had agreed on dates for those depositions. Rec. doc. 433.

On March 17, 2010, the objections of the defendants to the post-February 10, 2010 ESI notices were maintained. The parties were ordered to proceed with the ESI notices served by Branch in November and December, 2009. The ESI depositions of the Adjuster Defendants were to be scheduled after the completion of the ESI depositions of the Insurer Defendants and the defendants' objections to the post-February 10, 2010 ESI notices would be addressed after a ruling on the March 16, 2010 Appeal. Rec. doc. 464.

One of the adjuster defendants, Colonial Claims Corporation ("Colonial"), seeks clarification of these orders. It contends that it should be subjected to no more than one ESI deposition. If Branch takes its ESI deposition on April 12, 2010 on the November and December, 2009 ESI notices and the District Judge rules in favor of Branch on the March 16, 2010 Appeal, Colonial contends that Branch may not take a further ESI deposition on the post-February 10, 2010 ESI notices.

Branch's *qui tam* action presents a myriad of issues. Every effort will be made to maintain discovery in an orderly manner. Unfortunately, the progress of the case cannot be delayed for the resolution of each issue impacting discovery. The parties were required to proceed with discovery on the exemplar properties, while they await rulings on numerous discovery motions. Some of these rulings will be appealed to the District Judge. In one sense, it would be more orderly to delay all discovery until all discovery issues are resolved, but that is not practical. Colonial's interest in avoiding a second ESI deposition is understandable, but in this instance it must yield.

IT IS ORDERED that: (1) Colonial's motions for expedited hearing (470 and 474) are GRANTED; (2) Colonial's motion to clarify order (Rec. doc. 469) is GRANTED in PART and DENIED in PART; and (3) Colonial's motion to quash amended notice of deposition, and in the alternative for protective order (Rec. doc. 473) is DENIED.

New Orleans, Louisiana, this 25th th day of March, 2010.

                                              **SALLY SHUSHAN**
                                         **United States Magistrate Judge**