# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.** | **CIVIL ACTION** |
| **BRANCH CONSULTANTS, LLC** | |
| | |
| **VERSUS** | **NO:  06-4091-SSV-SS** |
| | |
| **ALLSTATE INSURANCE COMPANY, et al** | |

## ORDER

DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Rec. doc. 467)

**GRANTED IN PART AND SET WITHOUT ORAL ARGUMENT**

On February 25, 2010, the relator, Branch Consultants, LLC ("Branch"), sought a protective order to prevent the defendants from pursuing discovery from certain non-parties.  Rec. doc. 406. Branch's request for a protective order was granted in part and the non-parties were relieved from responding to any subpoena issued by the defendants until further order of the court.  Rec. doc. 412.

On March 19, 2010, the Insurer Defendants[1] filed a motion for a protective order to modify Branch's March 8, 2010 subpoenas to eleven non-parties to only allow discovery on the twenty-seven exemplar properties applicable to the Insurer Defendants.  Rec. doc. 467.  They seek expedited consideration of this motion and request that the eleven non-parties be relieved from responding to any subpoena issued by Branch until the motion for a protective order is resolved.

---

[1] The Insurer Defendants are Liberty Mutual Fire Insurance Company ("Liberty Mutual"), American National Property and Casualty Company ("ANPAC"), American Reliable Insurance Company of Scottsdale ("American Reliable"), Standard Fire Insurance Company ("Standard Fire"), Fidelity National Insurance Company and Fidelity National Property and Casualty Insurance Company (collectively referred to as "Fidelity").

IT IS ORDERED as follows:

1.      The motion of the Insurer Defendants for expedited hearing (Rec. doc. 472) is GRANTED.

2.      The motion of the Insurer Defendants for a protective order (Rec. doc. 467) is GRANTED

in PART and the eleven non-parties identified in the motion are relieved from responding

to any subpoena issued by Branch in this action until further order of the court.

3.      The motion of the Insurer Defendants for a protective order is set for hearing (**no oral

argument**) on **Wednesday, April 21, 2010**, on briefs.  Any opposition shall be submitted

by **Tuesday, April 13, 2010.**  Any reply shall be submitted by **Tuesday, April 20, 2010.**

New Orleans, Louisiana, this 25th day of March, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**