UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *EX REL.* **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

### ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE

The allotted Magistrate Judge advises that she has reviewed a number of motions involving the scope of discovery and that her ruling on one motion may involve findings regarding the Court's jurisdiction; accordingly;

IT IS ORDERED that, in accordance with Rule 73 of the Local Rules of this Court, this cause be referred to a United States Magistrate Judge for the Eastern District of Louisiana for hearing and submission of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) regarding the defendants' motion for a protective order (Rec. docs. 289 and 309 at 4-5).[1]

New Orleans, Louisiana, this 26th day of March, 2010.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE

---

[1] Rec. doc. 289 is the Proposed Rule 26(f) Discovery Plan by Standard Fire Insurance Company. Rec. doc. 309 is a January 20, 2010 order which states that "[t]he filings by the defendants on the proposed discovery plan shall be considered as a motion for a protective order to limit discovery to the first amended complaint." Rec. doc. 309 at 4.