UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
*EX REL.* BRANCH CONSULTANTS, L.L.C., : CIVIL ACTION NO.: 06-4091
:
                Plaintiff, : SECTION: "R" (1)
:
    v. : JUDGE: VANCE
:
ALLSTATE INS. CO., et al., : MAGISTRATE JUDGE: SHUSHAN
:
                Defendants. :
:
---------------------------------------------------------------x

**ORDER**

**IT IS ORDERED** that the unopposed motion by Defendants to reschedule the hearing with respect to Branch Consultants, LLC's motion for appeal is hereby **GRANTED** and the hearing date is rescheduled from March 31, 2010 to April 14, 2010 without oral argument

New Orleans, Louisiana, this \_\_\_26th\_\_\_ day of March, 2010.

*Sarah Vance*
**UNITED STATES DISTRICT JUDGE**

4

PD.3955551.1