Case 2:06-cv-04091-SSV-SS   Document 501   Filed 04/06/10   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRANCH CONSULTANTS, L.L.C., | ) ) ) ) | Case No. 2:06-cv-4091 |
| *Plaintiff* | ) ) | |
| v. | ) ) | SECTION: "R" (1) |
| ALLSTATE INSURANCE COMPANY, et al., | ) ) | Magistrate Judge Sally Shushan |
| *Defendants* | ) ) ) | |

**BRANCH CONSULTANTS, LLC'S SUR-REPLY IN SUPPORT OF ITS
MOTION FOR A PROTECTIVE ORDER**

Branch Consultants, LLC ("Branch") respectfully submits this Sur-Reply in support of its Motion for a Protective Order ("Motion") (Dkt. # 406).

Liberty Mutual filed a Response to Branch's Reply (Dkt. # 489), which addressed a single topic—whether Liberty Mutual used two different price lists on the same day to adjust the same property. Liberty Mutual concedes that two separate price lists were used on the same property, but attempts to justify its conduct by arguing that the second estimate was created on a different date than the first estimate. The sole basis for Liberty Mutual's argument is a date-stamp on the bottom right of the estimate (other than the cover page).

It is not clear what that date-stamp signifies—whether it is the date the document was printed, the date the document was saved, the date the document was edited, or something else. But it is clear that Liberty Mutual's argument ignores the actual Report "Date Entered," which appears on the cover page of both reports. Branch has pasted images of the cover pages below[1] and has highlighted in yellow the "Date Entered" and file name of the estimates—both are identical. Branch has also highlighted the price lists used to demonstrate that they are different.

---

[1] The unredacted version will be hand-delivered to the Court on Monday, April 5.

1



**REDACTED**

The only way to resolve this disputed fact is for Liberty Mutual to produce the estimates in native format, as requested by Branch. The native format estimates would allow Branch to determine when the estimates were created and whether any default settings were overridden.

Branch respectfully requests that the Court grant its Motion for a Protective Order. The Court should also order Liberty Mutual to produce the estimates in native format.

DATED: April 2, 2010                        Respectfully submitted,

                                            KANNER & WHITELEY LLC

                                            By: /s/ Matthew R. Berry
                                                Jonathan Bridges (TX #24028835)
                                                jbridges@SusmanGodfrey.com
                                                901 Main Street, Suite 5100
                                                Dallas, Texas  75202-3775

                                                Tibor L. Nagy, Jr. (NY #4508271)
                                                tnagy@SusmanGodfrey.com
                                                654 Madison Ave., 5th Flr
                                                New York, NY 10065

                                                Matthew R. Berry (WA #37364)
                                                mberry@susmangodfrey.com
                                                1201 Third Avenue, Suite 3800
                                                Seattle, WA 98101
                                                    *and*

                                                KANNER & WHITELEY L.L.C.
                                                Allan Kanner (LA #20580)
                                                a.kanner@kanner-law.com
                                                701 Camp Street
                                                New Orleans, LA  70130

                                                    *and*
                                                HERMAN, HERMAN, KATZ & COTLAR, LLP
                                                Stephen J. Herman (LA #23129)
                                                sherman@hhkc.com
                                                Soren E. Gisleson (LA #26302)
                                                sgisleson@hhkc.com
                                                820 O'Keefe Avenue

3

4

New Orleans, Louisiana 70113

*Attorneys for Plaintiff/Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2010, a copy of the foregoing was served upon Defendants via electronic mail, pursuant to the parties' agreement on e-mail service. I further certify that a true and correct copy of the above also was sent via electronic mail (pursuant to agreement) to Assistant United States Attorney, Jay D. Majors.

/s/Ryan Casey