UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *EX REL.* BRANCH CONSULTANTS, L.L.C. | * * * | CIVIL ACTION |
| VERSUS | * * | NO: 06-4091 |
| ALLSTATE INSURANCE. CO., ET AL. | * | SECTION: R |

*************************************************************************

## ORDER

Considering Plaintiff's Motion to extend Deadline and Set Briefing Schedule for Objections to Report and Recommendation,

IT IS ORDERED that the motion is GRANTED and that Plaintiffs' deadline for lodging its objections is CONTINUED until April 23, 2010. Defendants are hereby granted leave to file any Response to Plaintiff's Objections on or before May 21, 2010.

Done this  7th  day of April, 2010.



_____
United States Magistrate Judge