UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*EX REL.* BRANCH CONSULTANTS, L.L.C.,<br><br>　　　　　　　　　　Plaintiff<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY, et. al.,<br><br>　　　　　　　　　　Defendants | CIVIL ACTION NO.: 06-4091<br><br>SECTION: "R" (1)<br><br>JUDGE: VANCE<br><br>MAGISTRATE: SHUSHAN |

### LIBERTY MUTUAL FIRE INSURANCE COMPANY'S
### MOTION TO COMPEL DISCOVERY

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") hereby moves this Honorable Court for an Order directing Plaintiff Branch Consultants, LLC to supplement its responses to Liberty Mutual's First Requests for Production No. 8, 18 and 21, Liberty Mutual's First Set of Interrogatories No. 2, 6, 9-11, 13-20 and 24, and Liberty Mutual's Second Set of Interrogatories No. 1.

As set forth in the accompanying memorandum, Liberty Mutual propounded written interrogatories and requests for production on Branch pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. After receiving inadequate responses, Liberty Mutual identified the deficiencies in a March 16, 2010 email to counsel for Branch. Counsel for Liberty Mutual and Branch participated in a Local Rule 37.1 telephone conference on Friday, March 19, 2010; however, the parties were unable to resolve the matters addressed in Liberty Mutual's

motion. Accordingly, Liberty Mutual files this motion pursuant to Rule 37(a) of the Federal Rules of Civil Procedure.

>Respectfully submitted,
>
>BARRASSO, USDIN, KUPPERMAN
>FREEMAN & SARVER, LLC
>
>/s/ Keith L. Magness
>Judy Y. Barrasso, TA (2814)
>jbarrasso@barrassousdin.com
>John W. Joyce (27525)
>jjoyce@barrassousdin.com
>Keith L. Magness (29962)
>kmagness@barrassousdin.com
>909 Poydras Street, 24th Floor
>New Orleans, Louisiana 70112
>Telephone: (504) 589-9700
>Facsimile: (504) 589-9701
>
>Attorneys for defendant,
>Liberty Mutual Fire Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this date been served upon all parties to this suit through counsel by filing into the Court's electronic filing system and, for non-participants, via electronic mail, this 9th day of April, 2010.

>/s/ Keith L. Magness
>KEITH L. MAGNESS

156613