UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------x
:
UNITED STATES OF AMERICA,   :
*EX REL.* BRANCH CONSULTANTS, L.L.C.,   :   Case No.: 06-cv-4091 (SSV)
:
Plaintiff,   :   Sect.: R
:
v.   :   Mag. Div. (1)
:
ALLSTATE INS. CO., et al.,   :
:
Defendants.   :
:
-----------------------------------------------------------------x

**ORDER**

Having considered Defendants, The Standard Fire Insurance Company, Liberty Mutual Fire Insurance Company, American National Property and Casualty Company, American Reliable Insurance Company, Colonial Claims Corporation, Simsol Insurance Services, Inc., Fidelity National Insurance Company, and Fidelity National Property and Casualty Insurance Company's Motion for Leave to File Sur-Reply in Further Response to Branch's Objections to Magistrate Judge Shushan's Order Granting in Part and Denying in Part its Motion for Leave to File its Second Amended Complaint and good cause appearing,

**DENIED**

IT IS ORDERED by the Court that the Defendants' Motion for Leave to File its Sur-Reply is granted.

New Orleans, Louisiana, this 20th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

PD.3978485.1