UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.*<br>BRANCH CONSULTANTS, L.L.C. | CIVIL ACTION |
| VERSUS | NO: 06-4091 |
| ALLSTATE INSURANCE. CO., ET AL. | SECTION: R |

### ORDER AND REASONS

Before the Court is relator-plaintiff Branch Consultants' Motion for Extension of Time to File Responsive Pleadings (R. Doc. 519). Branch notes that currently pending before the Court are several of defendants' motions for summary judgment as well as an appeal from the Magistrate Judge's ruling on Branch's motion to amend its complaint. Branch suggests that its responses to the summary-judgment motions will depend on this Court's disposition of the appeal of the Magistrate's ruling, and proposes that it should be allowed to file out-of-time responses fourteen days after the Court rules on the appeal. This suggestion, Branch contends, will promote efficiency and avoid duplicative filings. Defendants oppose this proposal.

The Court will first determine which complaint controls this case before it will make determinations on the merits. It would be needlessly duplicative if Branch were to address the motions

1

for summary judgment once now and then again after the Court has made its ruling on the appeal from the Magistrate Judge.  In addition, Standard Fire has not shown that it will be prejudiced by this action.  Even if the Court were to determine that it lacks jurisdiction over the claims against Standard Fire in the First Amended Complaint, it would still need to determine whether the proposed amended complaint, if allowed, properly states claims against Standard Fire.  Branch's motion is therefore GRANTED.  Any outstanding responses to pending motions to dismiss must be submitted within **ten business days** of the Court's ruling on the appeal from the Magistrate Judge.  After Branch has submitted its responses, defendants may move for leave to file replies in accordance with the local rules.

New Orleans, Louisiana, this \_\_26th\_\_ day of April, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE