UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* BRANCH CONSULTANTS, L.L.C. | CIVIL ACTION |
| VERSUS | NO: 06-4091 |
| ALLSTATE INSURANCE. CO., ET AL. | SECTION: R(1) |

### ORDER AND REASONS

Before the Court is realtor Branch Consultants, LLC's ("Branch's") motion[1] to review the Magistrate Judge's order[2] as to certain discovery matters.  Branch objects only to the part of the order that requires it to produce documents supporting Max Johnson's Declaration, including Johnson's references to properties other than the examples listed in the complaint. Branch argues that if it cannot obtain discovery as to non-exemplar properties, then defendants should not be able to do so either.  The Court has since issued an order allowing Branch to proceed to discovery on properties that are not listed in the complaint but are part of the alleged loss-shifting scheme.[3]  In light of the Court's recent order, the Magistrate Judge's order is not clearly erroneous or contrary to law.  The parties may

---

[1] R. Doc. 572.

[2] R. Doc. 567.

[3] R. Doc. 615.

proceed to discovery as to non-exemplar properties that are part of the alleged loss-shifting scheme. The Magistrate Judge's order is therefore AFFIRMED to the extent that it requires Branch to produce the documents supporting Johnson's Declaration, including his references to properties not listed in the complaint.

New Orleans, Louisiana, this ___30th___ day of August, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE