UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA *EX REL.*          CIVIL ACTION
BRANCH CONSULTANTS, L.L.C.

VERSUS                                       NO: 06-4091

ALLSTATE INSURANCE. CO., ET AL.             SECTION: R(1)


**ORDER AND REASONS**

Before the Court is realtor Branch Consultants, LLC's

("Branch's") motion[1] to review the Magistrate Judge's order[2]

granting in part and denying in part Branch's motion to compel.[3]

Branch argues that the Magistrate Judge erroneously limited

discovery to the properties specifically identified in the First

Amended Complaint and the "loss-shifting scheme" alleged therein.

The Court has since issued an order[4] refusing to adopt the

Magistrate Judge's recommendation that the Court find it has no

jurisdiction over non-exemplar properties.  The Court also

reversed the Magistrate Judge's order denying Branch leave to

file a Second Amended Complaint alleging an "inflated-revenue

scheme."  Because the Magistrate Judge's rulings limiting

---

[1] R. Doc. 563.

[2] R. Doc. 525.

[3] R. Doc. 327.

[4] R. Doc. 620.

discovery to the exemplar properties and the loss-shifting scheme
are based exclusively on reasons that the Court has rejected, the
Magistrate Judge's order is REVERSED as to those limitations
only.

New Orleans, Louisiana, this ___31st___ day of August, 2010.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE