```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA EX REL.         CIVIL ACTION
BRANCH CONSULTANTS, L.L.C.

VERSUS                                   NO: 06-4091

ALLSTATE INSURANCE. CO., ET AL.          SECTION: R(1)
```

**ORDER**

Before the Court is realtor Branch Consultants, LLC's ("Branch's") motion for status conference.[1] The Court GRANTS the motion, and further orders as follows:

(1) By September 3, 2010, Branch is to send a letter to the Court, with copies sent to opposing counsel, proposing matters to be considered at the status conference.

(2) By September 2, 2010, Branch is to consult with opposing counsel regarding two mutually agreeable dates during the week of September 7 or September 13 when the status conference may be held. Branch is to propose these two dates to the Court in the above-mentioned letter.

---

[1] R. Doc. 620.

Defendants are invited to respond to Branch's letter by September 7, 2010, proposing any additional matters to be considered or stating any opposition to Branch's proposals.

New Orleans, Louisiana, this   31st   day of August, 2010.

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**