IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*EX REL.* BRANCH CONSULTANTS, L.L.C., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALLSTATE INSURANCE COMPANY, *et al.* )<br>Defendants. )<br>)<br>)<br>) | Case No. 2:06-cv-4091 |

## ORDER

Having considered Branch Consultants, LLC's Motion For Leave To File Notice of Supplemental Authority Regarding Pending Objections To Magistrate Judge's Order, and good cause appearing,

**IT IS ORDERED** by the Court that leave is granted.  Notice of Supplemental Authority attached to Branch's Motion shall be and hereby is filed into the record.

**DENIED**

DATED:   9/3/10   

_Sarah Vance_
Chief Judge Sarah Vance

C:\Documents and Settings\JBridges\Desktop\o.doc