**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *EX REL.* BRANCH CONSULTANTS, L.L.C., | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 2:06-cv-4091 |
| v. | ) | |
| | ) | |
| ALLSTATE INSURANCE COMPANY, et al., | ) | |
| | ) | |
| *Defendants* | ) | |

**BRANCH CONSULTANTS' MEMORANDUM IN**
**SUPPORT OF EX PARTE MOTION TO SEAL EXHIBIT**

Pursuant to the magistrate judge's February 10, 2010, Order For Production And Exchange Of Confidential Information [Dkt. #358] ("Protective Order"), Branch Consultants moves the Court to seal Exhibit 12 to its September 3, 2010, Memorandum In Opposition To Defendants' Motions For Summary Judgment [Dkt. #631], and would show the Court as follows:

1.      Although Exhibit 12 is designated "confidential" rather than "highly confidential," and therefore does not fall within the Protective Order's seal requirement, Liberty Mutual subsequently produced another copy of Exhibit 12 marked with the "highly confidential" designation which, if effective, would require filing under seal.

2.      Branch does not agree with Liberty Mutual's interpretation of the Protective Order as granting Defendants the right to redesignate previously produced documents as "highly confidential," but out of an abundance of caution and in order to avoid unnecessary and immaterial side litigation in this already contentious matter, Branch has agreed to request sealing of Exhibit 12.

3.      Accordingly, Branch asks this Court to enter an order directing the Clerk of Court to seal the two-page portion of Record Document No. 631-47 that makes up Exhibit 12.

1275831v1/009717

DATED:  September 7, 2010                Respectfully submitted,

                                         SUSMAN GODFREY LLP


                                         By: /s/ Jonathan Bridges
                                             Jonathan Bridges (TX #24028835)
                                             jbridges@SusmanGodfrey.com
                                             901 Main Street, Suite 5100
                                             Dallas, Texas  75202-3775

                                             Tibor L. Nagy, Jr. (NY #4508271)
                                             tnagy@SusmanGodfrey.com
                                             654 Madison Ave., 5th Flr
                                             New York, NY 10065

                                             Matthew R. Berry (WA #37364)
                                             mberry@susmangodfrey.com
                                             1201 Third Avenue, Suite 3800
                                             Seattle, WA 98101

                                                 *and*

                                             KANNER & WHITELEY L.L.C.
                                             Allan Kanner (LA #20580)
                                             a.kanner@kanner-law.com
                                             701 Camp Street
                                             New Orleans, LA  70130

                                                 *and*

                                             HERMAN, HERMAN, KATZ & COTLAR, LLP
                                             Stephen J. Herman (LA #23129)
                                             sherman@hhkc.com
                                             Soren E. Gisleson (LA #26302)
                                             sgisleson@hhkc.com
                                             820 O'Keefe Avenue
                                             New Orleans, Louisiana 70113

                                             ***Attorneys for Plaintiff/Relator***

3

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on September 7, 2010, a copy of the foregoing Branch Consultants' Memorandum in Support of Ex Parte Motion to Seal Exhibit was served upon Defendants via electronic mail, pursuant to the parties' agreement on e-mail service.  I further certify that a true and correct copy of the above also was sent via electronic mail (pursuant to agreement) to Assistant United States Attorney, Jay D. Majors.

            /s/ Jonathan Bridges