

**HERMAN HERMAN KATZ & COTLAR** L.L.P.
ATTORNEYS AT LAW
EST. 1942

820 O'Keefe Avenue,
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
F: (504) 561-6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†
Stephen J. Herman

Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Jeremy S. Epstein†
Edmond H. Knoll
Joseph A. Kott, M.D.
J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP (Formerly
Herman, Mathis, Casey, Kitchens & Gerel, LLP)

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

September 3, 2010

Honorable Chief Judge Sarah S. Vance
United States District Court, Eastern District of Louisiana
500 Camp Street, Rm. C255
New Orleans, LA 70130
FAX 589-7598

Re: **Branch v. Allstate Ins. Co., et al.**, No. 06-4091 (E.D. La.)
Our File No. 27752-00

Dear Judge Vance:

Please be advised that we have conferred with defense counsel and both sides are available for a status conference on September 17, 2010 at 10:00 a.m.

Sincerely,

SOREN E. GISLESON, ESQ.

cc: All Counsel of Record (via email)

____ Fee ____
____ Process ____
X  Dktd ____
____ CtRmDep ____
____ Doc. No. ____



RECEIVED
SEP 3 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
SARAH S. VANCE

C:\Users\jchauvin\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\6Y4Y2C3X\LTR J Vance 2010-09-03 Branch.wpd\
Page 1 of 1