# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* BRANCH CONSULTANTS, LLC | CIVIL ACTION |
| VERSUS | NO:  06-4091-SSV-SS |
| ALLSTATE INSURANCE COMPANY, et al | |

## ORDER

The relator, Branch Consultants, LLC ("Branch"), was ordered to produce for *in camera* inspection the following: (1) letter of August 2, 2006, written disclosure statement of that same date and any attachments; (2) pre-suit communications with the government; and (3) other documents identified in the privilege log which are dated on or before August 2, 2006.  Rec. doc. 567 at 29. On May 26, 2010, Branch produced a disk containing files which are identified as pre-suit adjustment reports and initial disclosures.  See attached file lists.

The disclosure statement and other documents were presented for *in camera* inspection to determine whether they were opinion work-product or ordinary work-product.  Rec. doc. 567 at 5. After review, the undersigned has determined that they do not contain opinion work-product.  The disclosure statement does not contain any statements or information which are not found in the complaint as amended or other pleadings.

With the disk, Branch provided an index of the documents taken from its privilege log. Certain exhibits to the disclosure statement are listed on the index but were not found on the disk. These are Exhibits A through I and Exhibits X-1 through X-18.  These exhibits are also listed on the exhibit index for the disclosure statement (BRANCH002977).

IT IS ORDERED that **within seven (7) working days of the entry of this order**, Branch shall: (1) produce the documents identified on the lists attached hereto to the defendants; and (2) notify the undersigned and defendants whether Exhibits A through I and Exhibits X-1 through X-18 were to be produced for *in camera* inspection and if so, they shall be produced within that time period.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2

**D: \ PRE-SUIT ADJUSTMENT REPORTS**

| Name | Size | Type | Last Modified |
|------|------|------|---------------|
| BRANCH_B000001-41.pdf | 1,549KB | Adobe Acrobat Document | 1/26/2010 10:48 AM |
| BRANCH_B000066-68.pdf | 268KB | Adobe Acrobat Document | 5/21/2010 9:52 AM |
| BRANCH_B000117-170.pdf | 1,361KB | Adobe Acrobat Document | 5/21/2010 9:54 AM |
| BRANCH_B000267-268.pdf | 265KB | Adobe Acrobat Document | 5/21/2010 9:56 AM |
| BRANCH_B000283-296.pdf | 481KB | Adobe Acrobat Document | 5/21/2010 9:59 AM |
| BRANCH_B000310-365.pdf | 1,309KB | Adobe Acrobat Document | 5/21/2010 10:03 AM |
| BRANCH_B000366-407.pdf | 1,975KB | Adobe Acrobat Document | 1/13/2010 12:32 PM |
| BRANCH_B000415-416.pdf | 271KB | Adobe Acrobat Document | 5/21/2010 10:06 AM |
| BRANCH_B000446-447.pdf | 266KB | Adobe Acrobat Document | 5/21/2010 10:07 AM |
| BRANCH_B000452-498.pdf | 1,839KB | Adobe Acrobat Document | 5/21/2010 10:09 AM |
| BRANCH_B000605-608.pdf | 331KB | Adobe Acrobat Document | 1/26/2010 1:53 PM |
| BRANCH_B000664-665.pdf | 267KB | Adobe Acrobat Document | 5/21/2010 10:19 AM |
| BRANCH_B000716-766.pdf | 2,088KB | Adobe Acrobat Document | 5/21/2010 10:21 AM |
| BRANCH_B000807-808.pdf | 265KB | Adobe Acrobat Document | 5/21/2010 10:22 AM |
| BRANCH_B000858-912.pdf | 2,000KB | Adobe Acrobat Document | 5/21/2010 10:24 AM |
| BRANCH_B000966-967.pdf | 274KB | Adobe Acrobat Document | 5/21/2010 10:27 AM |
| BRANCH_B001022-1072.pdf | 1,949KB | Adobe Acrobat Document | 5/21/2010 10:28 AM |
| BRANCH_B001300-1336.pdf | 1,498KB | Adobe Acrobat Document | 1/15/2010 1:45 PM |
| BRANCH_B001338-1339.pdf | 275KB | Adobe Acrobat Document | 5/21/2010 10:31 AM |
| BRANCH_B001380-1414.pdf | 1,297KB | Adobe Acrobat Document | 1/26/2010 1:57 PM |
| BRANCH_B001430-1470.pdf | 1,592KB | Adobe Acrobat Document | 5/21/2010 10:32 AM |
| BRANCH_B001685-1716.pdf | 1,021KB | Adobe Acrobat Document | 5/21/2010 10:34 AM |
| BRANCH_B001718-1735.pdf | 712KB | Adobe Acrobat Document | 5/21/2010 10:35 AM |
| BRANCH_B002705-2706.pdf | 282KB | Adobe Acrobat Document | 2/5/2010 12:02 PM |
| BRANCH_B002707-2753.pdf | 2,720KB | Adobe Acrobat Document | 2/5/2010 12:03 PM |
| BRANCH_B 2895 - 2912.pdf | 1,527KB | Adobe Acrobat Document | 2/4/2010 12:06 PM |
| BRANCH_B 2913 - 2934.pdf | 1,699KB | Adobe Acrobat Document | 1/22/2010 4:05 PM |
| BRANCH_B 2963 - 2966.pdf | 1,017KB | Adobe Acrobat Document | 6/30/2006 7:36 AM |
| BRANCH_B 2967 - 3013.pdf | 3,106KB | Adobe Acrobat Document | 2/12/2010 11:16 AM |
| BRANCH_B 3014 - 3017.pdf | 1,017KB | Adobe Acrobat Document | 6/30/2006 7:43 AM |
| BRANCH_B 3018 - 3064.pdf | 3,106KB | Adobe Acrobat Document | 2/12/2010 11:18 AM |
| BRANCH_B 3065 - 3068.pdf | 1,012KB | Adobe Acrobat Document | 1/18/2010 3:43 PM |
| BRANCH_B 3069 - 3115.pdf | 3,358KB | Adobe Acrobat Document | 2/12/2010 11:21 AM |
| BRANCH_B 3116 - 3119.pdf | 1,017KB | Adobe Acrobat Document | 6/30/2006 7:47 AM |
| BRANCH_B 3120 - 3166.PDF | 3,107KB | Adobe Acrobat Document | 2/12/2010 11:25 AM |
| BRANCH_B 3291 - 3329.pdf | 2,197KB | Adobe Acrobat Document | 2/12/2010 11:30 AM |
| BRANCH_B 3383 - 3395.pdf | 1,311KB | Adobe Acrobat Document | 2/4/2010 12:57 PM |
| BRANCH_B 3396 - 3412.pdf | 1,510KB | Adobe Acrobat Document | 2/4/2010 12:57 PM |
| BRANCH_B 3477 - 3502.pdf | 1,728KB | Adobe Acrobat Document | 1/22/2010 4:22 PM |
| BRANCH_B 3503 - 3549.pdf | 2,590KB | Adobe Acrobat Document | 2/4/2010 1:00 PM |

**D: \ INITIAL DISCLOSURES**

| Name | Size | Type | Last Modified |
|---|---|---|---|
| BRANCH002957.pdf | 233KB | Adobe Acrobat Document | 2/3/2010 2:25 PM |
| BRANCH002958-2977.pdf | 1,273KB | Adobe Acrobat Document | 2/3/2010 2:29 PM |
| BRANCH005222-5249.pdf | 1,264KB | Adobe Acrobat Document | 5/20/2010 4:25 PM |
| BRANCH005250-5304.pdf | 2,946KB | Adobe Acrobat Document | 5/25/2010 12:01 PM |
| BRANCH005305-5358.pdf | 3,089KB | Adobe Acrobat Document | 5/25/2010 5:18 PM |
| BRANCH005359-5417.pdf | 3,355KB | Adobe Acrobat Document | 5/25/2010 11:38 AM |
| BRANCH005418-5472.pdf | 2,966KB | Adobe Acrobat Document | 5/25/2010 11:49 AM |
| BRANCH005473-5511.pdf | 1,757KB | Adobe Acrobat Document | 5/20/2010 4:36 PM |
| BRANCH005512-5547.pdf | 1,601KB | Adobe Acrobat Document | 5/20/2010 4:38 PM |
| BRANCH005548-5583.pdf | 1,507KB | Adobe Acrobat Document | 5/20/2010 4:39 PM |
| BRANCH005584-5632.pdf | 2,043KB | Adobe Acrobat Document | 5/20/2010 4:41 PM |
| BRANCH005633-5677.pdf | 2,260KB | Adobe Acrobat Document | 5/20/2010 4:43 PM |
| BRANCH005678-5720.pdf | 2,075KB | Adobe Acrobat Document | 5/25/2010 11:59 AM |
| BRANCH005721-5758.pdf | 1,970KB | Adobe Acrobat Document | 5/20/2010 4:52 PM |
| BRANCH005759-5762.pdf | 359KB | Adobe Acrobat Document | 5/20/2010 4:53 PM |
| BRANCH005763-5766.pdf | 394KB | Adobe Acrobat Document | 5/20/2010 4:55 PM |