UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA *EX REL.*          CIVIL ACTION
BRANCH CONSULTANTS, L.L.C.

VERSUS                                      NO: 06-4091

ALLSTATE INSURANCE. CO., ET AL.             SECTION: R(1)

### ORDER GRANTING ORAL ARGUMENT

The Court is in receipt of requests for oral argument by Standard Fire Insurance Company, Liberty Mutual Fire Insurance Company, and Fidelity National Insurance Company (R. Docs. 676, 677, 679) on their motions to dismiss (R. Docs. 669, 673, 675).

Accordingly,

IT IS ORDERED that the requests are hereby GRANTED. Oral argument will be held on WEDNESDAY, November 3, 2010, at 10:00 a.m.

Responses and memoranda in opposition are due no later than October 19, 2010.

**New Orleans, Louisiana, this** _____5th_____ **day of** October, 2010.

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**