UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA, *EX REL*.        CIVIL ACTION
BRANCH CONSULTANTS, LLC

VERSUS                                      NO:  06-4091-SSV-SS

ALLSTATE INSURANCE COMPANY, et al

### ORDER

The parties submitted draft Case Management Orders.  A status conference is set for **Friday, October 15, 2010 at 2:00 p.m. in Courtroom B-309** to reconcile the proposals and enter a Case Management Order which will govern the remainder of discovery and trial preparation.

The additional information sought in this order shall be transmitted to Mike_Okeefe@laed.uscourts.gov in Word Perfect or Word format.

IT IS ORDERED that by **Wednesday, October 13, 2010, at 10:00 a.m** Branch shall respond to the following questions:

1. Why does Branch require information on all "Covered Wind Properties" and "Covered Wind Claims"?  See paragraphs 6 and 7 on page 2 and the detailed descriptions of claim files sought on pages 3 and 4 of proposed CMO.

2. What is the explanation for the information sought concerning Louisiana Citizens?  See paragraph 5 on page 2 of proposed CMO.

3. On page 7 of the proposed CMO, Branch requests "extracted metadata for all ESI including the following fields. . . ." (emphasis added).  Is the list on page 8 of the proposed CMO complete?

IT IS FURTHER ORDERED that by **Wednesday, October 13, 2010, at 10:00 a.m** the defendants shall provide the following:

1. For each defendant a brief description of whether the defendant has only paper claims files, only electronically-stored claim files, or a combination of paper and electronic record keeping.

2. A brief description of the claims handling system used by each defendant.

New Orleans, Louisiana, this 8th day of October, 2010

**SALLY SHUSHAN**
**United States Magistrate Judge**