
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
                                                        :

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *EX REL.* BRANCH CONSULTANTS, L.L.C., | :CIVIL ACTION NO.: 06-4091 |
| | : |
| Plaintiff, | :SECTION: "R" (1) |
| | : |
| v. | :JUDGE: VANCE |
| | : |
| ALLSTATE INSURANCE COMPANY., et al., | :MAGISTRATE: SHUSHAN |
| | : |
| Defendants. | : |
| | : |

---------------------------------------------------------------x

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, Defendant Allstate Insurance Company, by and through its undersigned attorneys, hereby request that the Court hear oral argument on Defendant's Motion to Dismiss on its hearing date, November 10, 2010 at 10:00 a.m.

Dated: October 8, 2010             Respectfully submitted,

| | |
|---|---|
| MUNGER TOLLES AND OLSON LLP | SONNENSCHEIN NATH AND ROSENTHAL LLP |
| | Richard L. Fenton (*pro hac vice*) |
| /s/ Gregory J. Weingart | rfenton@sonnenschein.com |
| Brad D. Brian (*pro hac vice*) | Steven M. Levy (*pro hac vice*) |
| brad.brian@mto.com | slevy@sonnenschein.com |
| Gregory J. Weingart (*pro hac vice*) | 233 South Wacker Drive, 7800 Sears Tower |
| gregory.weingart@mto.com | Chicago, Illinois 60606 |
| 355 South Grand Avenue, 35th Floor | Telephone: (312) 876-8000 |
| Los Angeles, California 90071 | |
| Telephone: (213) 683-9100 | |

Judy Y. Barrasso (2814)
jbarrasso@barrassousdin.com
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

**Attorneys for Allstate Insurance Company**

11882003.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

                                                                           /s/ Gregory Weingart

11886253.1