UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA *EX REL.*          CIVIL ACTION
BRANCH CONSULTANTS, L.L.C.

VERSUS                                      NO: 06-4091

ALLSTATE INSURANCE. CO., *ET AL.*           SECTION: R(1)

## ORDER

Defendants Standard Fire Insurance Company, Liberty Mutual Fire Insurance Company, and Fidelity National Insurance Company have moved for leave to file supplemental briefs in support of their motions for summary judgment.[1] These proposed briefs dispute the adequacy of Branch's pre-suit disclosures to the government, and thus its original source status, under 31 U.S.C. § 3730(e)(4) of the False Claims Act. The briefs therefore go to the Court's jurisdiction over this matter. *Rockwell Int'l Corp. v. United States*, 549 U.S. 457, 467 (2007).

Because the Court cannot proceed if it lacks jurisdiction, IT IS ORDERED that defendants' motions for leave are GRANTED. Branch is ordered to respond to these supplemental briefs on or before October 22, 2010. Branch's response shall address the timing of its pre-suit disclosures to the government as to all of the defendants.

New Orleans, Louisiana, this __12th__ day of October, 2010.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]    R. Docs. 686, 687 & 688.