UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *EX REL.* BRANCH CONSULTANTS, L.L.C., | CIVIL ACTION NO.: 06-4091 |
| Plaintiff | SECTION: "R" (1) |
| VERSUS | |
| ALLSTATE INSURANCE COMPANY, et. al., | JUDGE: VANCE |
| Defendants | MAGISTRATE: SHUSHAN |

### ALLSTATE INSURANCE COMPANY'S <br> *EX PARTE* MOTION TO SUPPLEMENT THE RECORD

1.

On October 8, 2010, Defendant Allstate Insurance Company ("Allstate") filed its Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternative Motion to Strike Plaintiff's Complaint. *See* R. Doc. No. 684.

2.

In support of its motion, Allstate cited the Fifth Circuit's recording of the oral argument in *United States ex rel Branch Consultants v. Allstate Insurance Company, et al.*, No. 07-31191, and provided the official website link to the recording, at http://www.ca5.uscourts.gov/OralArgumentRecordings. *See, e.g.*, R. Doc. No. 684 at p. 8.

167823

3.

Since filing its opposition, for ease of reference of the Court and the parties, Allstate has prepared a transcript of the Fifth Circuit oral argument from this recording. Allstate seeks leave to supplement the record on its motion to dismiss with the transcript, attached as Exhibit A. Because Exhibit A simply transcribes the recording already made part of this record, there is no prejudice to Plaintiff in granting this motion. Indeed, allowing the record to be supplemented with Exhibit A provides the Court and the parties with an easier way to access information already made part of the record.

4.

Accordingly, Allstate hereby seeks leave to supplement its Motion to Dismiss and Alternative Motion to Strike with the transcript of the Fifth Circuit Oral Argument. A copy of the transcript is attached as Exhibit A.

Respectfully submitted,

BARRASSO, USDIN, KUPPERMAN
FREEMAN & SARVER, LLC

/s/ Judy Y. Barrasso
Judy Y. Barrasso, TA (2814)
jbarrasso@barrassousdin.com
Stephen H. Kupperman (7890)
skupperman@barrassousdin.com
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

Attorneys for defendant,
Allstate Insurance Company

167823

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this date been served upon all parties to this suit through counsel by filing into the Court's electronic filing system and, for non-participants, via electronic mail, this 14th day of October, 2010.

/s/ Judy Y. Barrasso
JUDY Y. BARRASSO