UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL*.<br>BRANCH CONSULTANTS, LLC | CIVIL ACTION |
| VERSUS | NO: 06-4091-SSV-SS |
| ALLSTATE INSURANCE COMPANY, et al | |

### ORDER

OBJECTIONS BY ALLSTATE AND PILOT TO SERVING INITIAL DISCLOSURES BEFORE THE COMMENCEMENT OF DISCOVERY AND/OR THE COURT RULES ON THEIR MOTIONS TO DISMISS (Rec. docs. 698 and 699)

**GRANTED IN PART AND DENIED IN PART**

The defendants, Allstate Insurance Company ("Allstate") and Pilot Catastrophe Services, Inc. ("Pilot"), object to providing Fed. R. Civ. P. 26(a)(1) initial disclosures before the Court rules on their motions to dismiss. Alternatively, Allstate objects to providing initial disclosures before November 1, 2010. The Case Management Order will require Allstate and Pilot to provide their initial disclosures by November 5, 2010.

The production of initial disclosures by Allstate and Pilot cannot be delayed until after the resolution of the motions to dismiss. If the participation of Allstate and Pilot in discovery is delayed, the trial schedule will be jeopardized.

IT IS ORDERED that:

1. The objections of Allstate and Pilot to serving initial disclosures (Rec. docs. 698 and 699) are GRANTED in PART and DENIED in PART.

2. Allstate and Pilot shall provide their initial disclosures by **Friday, November 5, 2010.**

3. The deadline for appealing from this order is shortened to **Wednesday, October 20, 2010.** The motion for appeal shall be noticed for hearing before Chief District Judge Vance and shall be accompanied by a motion for expedited consideration. The provisions of this order will not be stayed pending such a motion. Any request for a stay shall be made to the District Judge.

New Orleans, Louisiana, this 15th day of October, 2010

                                              **SALLY SHUSHAN**
                                        **United States Magistrate Judge**