UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*EX REL.* BRANCH CONSULTANTS, L.L.C.,<br><br>Plaintiff<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY, et. al.,<br><br>Defendants | CIVIL ACTION NO.: 06-4091<br><br>SECTION: "R" (1)<br><br>JUDGE: VANCE<br><br>MAGISTRATE: SHUSHAN |

## O R D E R

Considering the foregoing Application for Admission *Pro Hac Vice* as Co-Counsel for Defendant Allstate Insurance Company;

**IT IS ORDERED** that the Motion is hereby granted and that Blanca F.Young be and hereby are admitted *pro hac vice* to appear as co-counsel for Defendant Allstate Insurance Company in this matter.

New Orleans, Louisiana this 21st day of October, 2010.

DISTRICT COURT JUDGE

168070