### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA *EX REL.*** | * | **NO: 06-4091** |
| **BRANCH CONSULTANTS, L.L.C.** | * | |
| | * | |
| **VERSUS** | * | **SECTION: R** |
| | * | |
| **ALLSTATE INSURANCE. CO., ET AL.** | * | **MAG.: 1** |

**************************************************************************

### BRANCH CONSULTANT, LLC, NOTICE OF CERTIFICATION

NOW INTO COURT comes Plaintiff, through undersigned counsel, who submits the instant Notice of Certification and certifies as follows:

1.     Plaintiff has destroyed all physical and electronic copies of the documents produced in response to the Wardlaw subpoena which did not have the "highly confidential" designation.  Plaintiff nonetheless reserves the right to challenge the documents' designation as "highly confidential."

WHEREFORE Plaintiff respectfully requests that the Notice of Certification be deemed sufficient.

Respectfully submitted,

By: /s/ Soren Gisleson

HERMAN, HERMAN, KATZ & COTLAR, LLP
Stephen J. Herman (LA #23129)
sherman@hhkc.com
Soren E. Gisleson (LA #26302)
sgisleson@hhkc.com
820 O'Keefe Avenue
New Orleans, Louisiana 70113

KANNER & WHITELY LLC

2

Allan Kanner (LA #20580)
a.kanner@kanner-law.com
Cynthia St. Amant (LA #24439)
c.stamant@kanner-law.com
701 Camp Street
New Orleans, LA  70130


SUSMAN GODFREY LLP

Jonathan Bridges (TX #24028835)
jbridges@SusmanGodfrey.com
901 Main Street, Suite 5100
Dallas, Texas  75202-3775

Tibor Nagy (NY #4508271)
tnagy@SusmanGodfrey.com
654 Madison Ave., 5th Flr
New York, NY 10065

Matthew R. Berry (WA #37364)
mberry@susmangodfrey.com
1201 Third Avenue, Suite 3800
Seattle, WA 98101




*Attorneys for Plaintiff/Relator*


CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of October, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>s/ Soren Gisleson</u>

2