IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *EX REL.* BRANCH CONSULTANTS, L.L.C., <br><br> *Plaintiff* <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, et al., <br><br> *Defendants* | Case No. 2:06-cv-4091 <br><br><br> SECTION: "R" (1) <br><br> Magistrate Judge Sally Shushan |

## NOTICE OF SCHEDULING OF RULE 30(B)(6) ESI DEPOSITIONS

In accordance with the Court's October 25, 2010 Case Management Order (Doc. 717), Branch Consultants, LLC ("Branch") respectfully submits the following schedule for the Rule 30(b)(6) ESI depositions.

| Party | Date[1] | Location | Time |
|---|---|---|---|
| Allstate Insurance Company | December 9 | Chicago, IL | 9:30 am |
| American National Property & Casualty Company | December 1 | Metairie, LA | 9:30 am |
| American Reliable Insurance Co. of Scottsdale | December 2 | Scottsdale, AZ | 9:30 am |
| Colonial Claims Corporation | December 2 | Dunedin, FL | 9:30 am |
| Fidelity National Insurance Company | December 6 | Metairie, LA | 9:30 am |
| Liberty Mutual Fire Insurance Company | December 6 | Boston, MA | 1:30 pm |

---

[1] No defendant provided Branch with proposed dates in November.

1

| | | | |
|---|---|---|---|
| Pilot Catastrophe Services, Inc. | December 7 | New Orleans, LA | 9:30 am |
| Simsol Insurance Services, Inc. | December 3 | Niceville, FL | 9:30 am |
| Standard Fire | December 8 | Hartford, CT | 9:30 am |

DATED:  October 29, 2010                         Respectfully submitted,


SUSMAN GODFREY LLP


By: /s/  Matthew R. Berry
    Jonathan Bridges (TX #24028835)
    jbridges@SusmanGodfrey.com
    901 Main Street, Suite 5100
    Dallas, Texas  75202-3775

    Tibor L. Nagy, Jr. (NY #4508271)
    tnagy@SusmanGodfrey.com
    654 Madison Ave., 5th Flr
    New York, NY 10065

    Matthew R. Berry (WA #37364)
    mberry@susmangodfrey.com
    1201 Third Avenue, Suite 3800
    Seattle, WA 98101

        *and*

    KANNER & WHITELEY L.L.C.

    Allan Kanner (LA #20580)
    a.kanner@kanner-law.com
    701 Camp Street
    New Orleans, LA  70130

        *and*

    HERMAN, HERMAN, KATZ & COTLAR, LLP

    Stephen J. Herman (LA #23129)
    sherman@hhkc.com

2

        Soren E. Gisleson (LA #26302)
        sgisleson@hhkc.com
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113

***Attorneys for Plaintiff/Relator***

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2010, a copy of the foregoing was served upon Defendants via electronic mail, pursuant to the parties' agreement on e-mail service. I further certify that a true and correct copy of the above also was sent via electronic mail (pursuant to agreement) to Assistant United States Attorney, Jay D. Majors.

                                                                           /s/ Bianca Nealious