```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA *EX REL.*            CIVIL ACTION
BRANCH CONSULTANTS, L.L.C.

VERSUS                                        NO: 06-4091

ALLSTATE INSURANCE. CO., *ET AL.*             SECTION: R(1)

### ORDER REGARDING ORAL ARGUMENT

Oral arguments on defendants' motions to dismiss are scheduled for November 19, 2010 at 10:00 a.m. The Court notes that defendants Standard Fire, Liberty Mutual, Fidelity, and American National Property and Casualty Company have filed supplemental memoranda in support of their motions for summary judgment that raise jurisdictional issues related to Branch's pre-filing disclosures to the Government.[1] The Court orders that the parties shall be prepared to discuss these disclosure issues at the November 19 oral arguments. In particular, Branch shall be prepared to discuss both the timing and contents of the disclosures it provided to the Government as to each defendant and as to both its loss-shifting claim and its inflated-revenue claim.

New Orleans, Louisiana, this  3rd   day of November, 2010.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1]   R. Docs. 694-696 & 731.