IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*EX REL.* BRANCH CONSULTANTS, L.L.C.,<br><br>*Plaintiff*<br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>*Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:06-cv-4091<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**BRANCH CONSULTANTS' MOTION FOR EXPEDITED HEARING ON ITS
MOTION TO COMPEL SUPPLEMENTATION OF LOCAL RULE 56.1 STATEMENTS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Branch Consultants, L.L.C., which respectfully moves this Court for an expedited hearing on its concurrently filed Motion to Compel Supplementation of Local Rule 56.1 Statements. In support, Branch would show the Court as follows:

1.  The Court has set Defendants' summary judgment motions for hearing on November 19, 2010.

2.  On November 3, 2010, the Court ruled (Dkt. # 754) that the parties should be prepared to discuss at that hearing the arguments presented by Defendants for the first time in their supplemental memoranda in support of summary judgment. Specifically, the Court ordered that Branch should be prepared to discuss the timing and content of its 31 U.S.C. § 3730(e)(4)(B) voluntary disclosures to the government.

3.  In that regard, also on November 3, Branch asked Defendants to supplement their Local Rule 56.1 Statements with the new fact contentions from their supplemental memoranda. Defendants have declined to agree to do so.

4.       Branch's motion seeks to require supplementation before the November 19 hearing to enable Branch to respond pursuant to Local Rule 56.2 and to prepare for the November 19 hearing.

5.       The ordinary briefing schedule will not run its course until after the November 19 hearing, largely mooting the relief sought to the prejudice of Branch.

For these reasons, Branch respectfully requests that the Court order Defendants to respond to Branch's motion no later than Friday, November 12. If the Court will allow a reply brief from Branch, it can be filed by Monday, November 15.


DATED:  November 5, 2010                    Respectfully submitted,

                                                           SUSMAN GODFREY LLP

                                       By: /s/ Jonathan Bridges
                                            Jonathan Bridges (TX #24028835)
                                            jbridges@SusmanGodfrey.com
                                            901 Main Street, Suite 5100
                                            Dallas, Texas  75202-3775

                                            Tibor L. Nagy, Jr. (NY #4508271)
                                            tnagy@SusmanGodfrey.com
                                            654 Madison Ave., 5th Flr
                                            New York, NY 10065

                                            Matthew R. Berry (WA #37364)
                                            mberry@susmangodfrey.com
                                            1201 Third Avenue, Suite 3800
                                            Seattle, WA 98101

KANNER & WHITELEY L.L.C.

Allan Kanner
a.kanner@kanner-law.com
Conlee Schell Whiteley
c.whiteley@kanner-law.com
M. Ryan Casey
r.casey@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Phone: 504-524-5777
Fax: 504-524-5763

HERMAN, HERMAN, KATZ & COTLAR, LLP

Stephen J. Herman (LA #23129)
sherman@hhkc.com
Soren E. Gisleson (LA #26302)
sgisleson@hhkc.com
820 O'Keefe Avenue
New Orleans, Louisiana 70113

*Attorneys for Plaintiff/Relator*

### CERTIFICATE OF CONFERENCE

I have conferred with counsel for Defendants and they indicated that they oppose the relief sought in this motion.

/s/ Jonathan Bridges

### CERTIFICATE OF SERVICE

I hereby certify that on, November 5, 2010, a copy of the foregoing was served upon Defendants via electronic filing. I further certify that a true and correct copy of the above also was sent via electronic mail (pursuant to agreement) to Assistant United States Attorney, Jay D. Majors.

/s/ Jonathan Bridges