UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *EX REL.* | * | NO: 06-4091 |
| BRANCH CONSULTANTS, L.L.C. | * | |
| | * | |
| VERSUS | * | SECTION: R |
| | * | |
| ALLSTATE INSURANCE. CO., ET AL. | * | MAG.: 1 |

**************************************************************************

### REALTOR'S OBJECTIONS TO DEFENDANTS' RULE 30(B)(6) NOTICE OF DEPOSITION OF BRANCH CONSULTANTS, LLC

NOW INTO COURT comes Plaintiff, through undersigned counsel, who submits the instant Objections to Defendants' Rule 30(b)(6) Notice of Deposition.

### GENERAL OBJECTIONS

Plaintiff makes the following general objections to the Rule 30(b)(6) Notice which apply to each of the areas of inquiry.

1. Plaintiff objects to the areas of inquiry to the extent that they seek discovery of information that is protected by the attorney-client privilege, joint defense privilege or other applicable privilege, protection, or immunity or which otherwise constitutes attorney work product material prepared in anticipation of litigation.

2. Plaintiff objects to the areas of inquiry to the extent they seek to impose obligations that are inconsistent with or greater than the obligations imposed by the Federal Rules of Civil Procedure or any court order that may be entered that governs discovery.

3. Plaintiff objects to the areas of inquiry to the extent that they seek information that is exclusively within the possession, custody, or control of defendants and/or third parties.

4. Plaintiff objects to the areas of inquiry to the extent that they seek information that is a matter of public record.

5. Plaintiff objects to the areas of inquiry to the extent that they call for a legal opinion, conclusion and/or speculation.

6. Plaintiff objects to the use and/or phrasing of the areas of inquiry as contention discovery to the extent that the Court has established scheduling for contention discovery.

7. Plaintiff objects to the location of the deposition at Defense counsel's law office. The location should be at Plaintiff counsel's office.

8. Plaintiff objects to the deposition being scheduled day-to-day until completed. Due to Mr. Johnson's age and general physical condition, special scheduling may need to be implemented.

## SPECIFIC OBJECTIONS

Plaintiff respectfully submits the following specific objections which correspond to the numbered area of inquiry.

1. Plaintiff objects to the use of the term "original source" in that it calls for a legal conclusion.

15. Plaintiff objects to the area of inquiry in that it calls for a legal conclusion and is presented as contention discovery.

16, Plaintiff objects to the area of inquiry in that it calls for a legal conclusion and is presented as contention discovery.

29. Plaintiff objects to this area of inquiry in that it is redundant since Defendants have requested a separate ESI deposition of Plaintiff.

32. Plaintiff objects to this area of inquiry as to relevance, other businesses which may be owned by Max Johnson are not related to any claim or defense of any party in this matter.

35. Plaintiff objects to this area of inquiry in that it is not relevant to any claims or defenses, overly broad, harassing, and/or protected by attorney client privilege. Melanie Meyer is Max Johnson's daughter and an attorney.

36. Plaintiff objects to this area of inquiry in that it asks for communications and documents between Plaintiff and its counsel and consultants. This is clearly protected.

WHEREFORE Plaintiff respectfully requests that the objections be deemed sufficient.

Respectfully submitted,

By: /s/ Soren Gisleson

HERMAN, HERMAN, KATZ & COTLAR, LLP
Stephen J. Herman (LA #23129)
sherman@hhkc.com
Soren E. Gisleson (LA #26302)
sgisleson@hhkc.com
820 O'Keefe Avenue
New Orleans, Louisiana 70113


KANNER & WHITELY LLC


Allan Kanner (LA #20580)
a.kanner@kanner-law.com
Cynthia St. Amant (LA #24439)
c.stamant@kanner-law.com
701 Camp Street
New Orleans, LA  70130


SUSMAN GODFREY LLP

Jonathan Bridges (TX #24028835)
jbridges@SusmanGodfrey.com
901 Main Street, Suite 5100
Dallas, Texas  75202-3775

        Tibor Nagy (NY #4508271)
        tnagy@SusmanGodfrey.com
        654 Madison Ave., 5th Flr
        New York, NY 10065

        Matthew R. Berry (WA #37364)
        mberry@susmangodfrey.com
        1201 Third Avenue, Suite 3800
        Seattle, WA 98101


        *Attorneys for Plaintiff/Relator*


CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/ Soren Gisleson
        SOREN GISLESON, ESQ.