UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA *EX REL.*      CIVIL ACTION
BRANCH CONSULTANTS, L.L.C.

VERSUS     NO: 06-4091

ALLSTATE INSURANCE. CO., *ET AL.*     SECTION: R(1)

## ORDER

Defendants Fidelity, American National Property and Casualty Company ("ANPAC"), Allstate, Pilot, and Simsol appeal the Magistrate Judge's Case Management Order of October 25, 2010.[1] As defendants note, numerous motions raising jurisdictional issues are currently before the Court. The Rule 30(b)(6) ESI depositions should proceed as planned, but the remainder of the Case Management Order is stayed pending the Court's rulings as to the motions to dismiss and motions for summary judgment that defendants have filed.

**New Orleans, Louisiana, this** __12th__ **day of November, 2010.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**

---

[1] R. Docs. 717 (Case Management Order), 736 (Fidelity), 741 (ANPAC), 744 (Allstate and Pilot), and 746 (Simsol).