```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA EX REL.        CIVIL ACTION
BRANCH CONSULTANTS, L.L.C.

VERSUS                                  NO: 06-4091

ALLSTATE INSURANCE. CO., ET AL.         SECTION: R(1)
```

### ORDER

Before the Court is relator Branch Consultants' motion to compel supplementation of Local Rule 56.1 statements by defendants Fidelity, Standard Fire, and Liberty Mutual.[1] Local Rule 56.1 requires that every motion for summary judgment be accompanied by a separate, short and concise statement of the material facts as to which the moving party contends there is no genuine issue to be tried.  Fidelity, Standard Fire, and Liberty Mutual filed motions for summary judgment, accompanied by statements of uncontested facts as required by the rule.  The Court then granted these defendants leave to file supplemental memoranda in support of their motions for summary judgment. These memoranda raise the new argument that Branch is not an original source because it did not disclose the information underlying its allegations to the Government before filing the complaint.

---

[1]     R. Doc. 763.

Branch argues that defendants should be required to supplement their statements of uncontested facts in light of the new disclosure-related arguments made in defendants' supplemental memoranda. Defendants respond by noting that their statements of uncontested facts assert that Branch is not an original source of its allegations.[2] That is a legal conclusion, however, not a statement of fact. The Court allowed defendants to file supplemental memoranda containing new arguments, and it is only fair that defendants be required to specify the allegedly undisputed facts supporting those arguments under Local Rule 56.1.

For the foregoing reasons, Fidelity, Standard Fire, and Liberty Mutual are ordered to submit supplemental Local Rule 56.1 statements no later than November 17, 2010.

**New Orleans, Louisiana, this** __15th__ **day of November, 2010.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**

---

[2] R. Doc. 495-8, ¶9 (Standard Fire); R. Doc. 509-4, ¶5 (Fidelity); R. Doc. 565, ¶6 (Liberty Mutual).