UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.** **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

### ORDER

DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER REGARDING SAMPLING (Rec. doc. 777)

**CONTINUED WITHOUT DATE**

On November 15, 2010, Chief Judge Vance determined that the Rule 30(b)(6) ESI depositions should proceed as planned, but the remainder of the Case Management Order is stayed pending the Court's rulings as to motions to dismiss and motions for summary judgment. Rec. doc. 781.

IT IS ORDERED that: (1) the order regarding statistical sampling (Rec. doc. 722) is STAYED pending the Court's rulings; (2) defendants' motion for expedited consideration of their motion for reconsideration (Rec. doc. 778) is DENIED; and (3) defendants' motion for reconsideration of the order regarding statistical sampling (Rec. doc. 777) is CONTINUED WITHOUT DATE.

New Orleans, Louisiana, this 16th day of November, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**