UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*EX REL.* BRANCH CONSULTANTS, L.L.C.,<br><br>Plaintiff<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY, et. al.,<br><br>Defendants | CIVIL ACTION NO.:  06-4091<br><br>SECTION:  "R" (1)<br><br>JUDGE:  VANCE<br><br>MAGISTRATE:  SHUSHAN |

**LIBERTY MUTUAL FIRE INSURANCE COMPANY'S**
**SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to the Court's Order,[1] defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") respectfully submits the following Supplemental Statement of Undisputed Material Facts as to which there is no genuine issue to be tried in support of its Motion for Summary Judgment:[2]

7. On May 12, 2010, Branch was ordered by Magistrate Judge Shushan to produce its August 2, 2006 written disclosure statement and attachments, any pre-suit communications with the Government, and all other documents on Branch's privilege log dated on or before August 2, 2006 for in camera review.  *See* R. Doc. 567 at 29; R. Doc. 640 at 1.

8. On September 20, 2010, Magistrate Judge Shushan ordered Branch to produce its August 2, 2006 written disclosure statement and attachments, any pre-suit

---

[1]  R. Doc. 783.

[2]  The numbering herein continues from Liberty Mutual's previously-filed Statement of Undisputed Material Facts, R. Doc. 565-3.

communications with the Government, and all other documents on Branch's privilege log dated on or before August 2, 2006 to defendants by September 29, 2010.  *See* R. Doc. 640.

9. Prior to September 29, 2010, Branch produced various documents to defendants in response to Magistrate Judge Shushan's Order.  On October 22, 2010, Branch certified that its production contained all responsive materials.  *See* R. Doc. 712.

10. Branch's production to defendants contains no communications to the Government dated prior to August 2, 2006.

11. Branch's production to defendants contains no evidence of any communications to the Government dated prior to August 2, 2006.

12. Branch did not voluntarily provide the information on which its allegations against Liberty Mutual are based to the Government prior to August 2, 2006.

13. Branch first provided information to the Government when it sent its 31 U.S.C. § 3730(b)(2) written disclosure statement ("Written Disclosure Statement") to the Government on August 2, 2006, the same day it filed this action.  *See* R. Doc. 686-3; R. Doc. 692-1; (Written Disclosure Statement); *see also* R. Doc. 687 n.4; R. Doc. 1 (Branch's Original Petition).

14. The Written Disclosure Statement lists Liberty Mutual in the caption on the first page.  It contains no other specific mention of Liberty Mutual.  *See* R. Doc. 686-3; R Doc. 692-1.

15. Neither the Written Disclosure Statement nor any other information provided by Branch to the government before this action was filed contains any specific facts on which Branch basis its allegations against Liberty Mutual.  *See* R. Doc. 686-3; R. Doc. 692-1; R. Doc. 1 (Original Complaint).

16. Branch's Original Complaint alleges "Defendant Liberty Mutual Fire Insurance Company is a nationwide insurer headquartered at 175 Berkely Street, Boston, Massachusetts 02116." *See* R. Doc. 1, para. 10. The Original Complaint contains no other factual allegations specific to Liberty Mutual. *See id.* (*passim*).

17. Branch did not voluntarily provide the Government with the information regarding the allegations in the complaint against Liberty Mutual, pursuant to 31 U.S.C. § 3730(e)(4)(B), before providing its Written Disclosure Statement to the Government.

18. Branch did not voluntarily provide the government with any information regarding any Hurricane Katrina claim adjusted by Liberty Mutual on which Branch's allegations are based prior to filing this action. *See* R. Doc. 686-3; R. Doc. 692-1.

19. Branch did not voluntarily provide the government with any information regarding any property on which Liberty Mutual issued policies covering both wind and flood claims arising from Hurricane Katrina on which Branch's allegations are based prior to filing this action. *See id.*

20. Branch did not voluntarily provide the government with any information regarding any price(s) paid by Liberty Mutual on which Branch basis its allegation that Liberty Mutual inflated prices on flood claims. *See* R. Doc. 686-3; R. Doc. 692-1; R. Doc. 692-2; R. Doc. 692-3.

21. Branch did not voluntarily provide the government with any information regarding any price(s) paid by Liberty Mutual on which Branch basis its allegation that Liberty Mutual inflated prices on flood claims prior to filing this action. *See* R. Doc. 686-3; R. Doc. 692-1.

489373.2

22. Branch did not voluntarily provide the government with any information regarding any item which Liberty Mutual paid to replace on which Branch basis its allegation that Liberty Mutual paid to replace items on flood claims that did not need to be replaced. *See* R. Doc. 686-3; R. Doc. 692-1; R. Doc. 692-2; R. Doc. 692-3.

23. Branch did not voluntarily provide the government with any information regarding any item which Liberty Mutual paid to replace on which Branch basis its allegation that Liberty Mutual paid to replace items on flood claims that did not need to be replaced prior to filing this action. *See* R. Doc. 686-3; R. Doc. 692-1.

24. Branch did not voluntarily provide the government with any facts specific to Liberty Mutual on which Branch's allegations that Liberty Mutual made false statements in connection with a Hurricane Katrina flood claim prior to filing this action. *Id*.

25. Branch did not voluntarily provide the government with any facts specific to Liberty Mutual on which Branch basis its allegations that Liberty Mutual's participated in an inflated-revenue scheme. *See* R. Doc. 686-3; R. Doc. 692; R. Doc. 692-3.

26. Branch did not voluntarily provide the government with any facts specific to Liberty Mutual on which Branch basis its allegations that Liberty Mutual's participated in an inflated-revenue scheme prior to filing this action. *See* R. Doc. 686-3; R. Doc. 692-1.

27. Branch did not voluntarily provide the government with any information on Branch's alleged "inflated revenue" scheme. *See* R. Doc. 686-3; R. Doc. 692; R. Doc. 692-3.

28. Branch did not voluntarily provide the government with any information on Branch's alleged "inflated revenue" scheme prior to filing this action. *See* R. Doc. 686-3; R. Doc. 692-1.

489373.2

29. Branch did not voluntarily provide the government with any facts related to its "loss-shifting" scheme as to Liberty Mutual prior to filing this action. *Id.*

30. Branch had no documents relating to the properties on which Branch's allegations against Liberty Mutual are based prior to August 2, 2006. *See* R. Doc. 662, Ex. 2 (filed under seal).

31. Branch is not an "original source" of its allegations against Liberty Mutual.

Respectfully submitted,

BARRASSO, USDIN, KUPPERMAN
FREEMAN & SARVER, LLC

/s/ Keith L. Magness
Judy Y. Barrasso, TA (2814)
jbarrasso@barrassousdin.com
Celeste Coco-Ewing (25002)
ccoco-ewing@barrassousdin.com
Keith L. Magness (29962)
kmagness@barrassousdin.com
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

Attorneys for defendant,
Liberty Mutual Fire Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has this date been served upon all parties to this suit through counsel by filing into the Court's electronic filing system and, for non-participants, via electronic mail, this 17th day of November, 2010.

/s/ Keith L. Magness
KEITH L. MAGNESS

489373.2