UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* BRANCH CONSULTANTS, L.L.C. | CIVIL ACTION |
| VERSUS | NO: 06-4091 |
| ALLSTATE INSURANCE. CO., *ET AL.* | SECTION: R(1) |

### ORDER

Defendants Liberty Mutual, Standard Fire, Allstate, and Pilot move to adjourn the scheduled ESI depositions for forty-five days.[1]  The motion is DENIED.  The Court has already considered this issue and sees no reason to change its previous order.[2]  Defendants' motion to expedite[3] is DENIED AS MOOT.

**New Orleans, Louisiana, this** __30th__ **day of November, 2010.**

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1]   R. Doc. 818.

[2]   R. Doc. 781.

[3]   R. Doc. 819.