UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *EX REL.* **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

## ORDER

**[Deposition of National Flood Service, Inc. ]**

IT IS ORDERED that:

1. The deposition of National Flood Service, Inc. ("NFS") shall commence on **Wednesday, January 26, 2011**, at 10:00 a.m. local time in Kalispell, Montana. If necessary, the deposition may last into the next day.

2. Prior to the deposition, the relator, Branch Consultants, LLC ("Branch"), shall serve NFS with a subpoena setting forth the topics for examination. The topics for examination shall be in the same form as found in the Notice of Deposition prepared by Branch and supplied to NFS. The subpoena shall not call for the production of documents and things.

3. All of the expenses of NFS for the deposition shall be paid in equal shares by Liberty Mutual Fire Insurance Company, American National Property & Casualty Company and American Reliable Insurance Company. This is a provisional ruling on NFS' expenses. After there is a final ruling on the issue of whether NFS information is "in the possession" of the insurer defendants, there will be a ruling on: (a) the reasonableness of the expenses; (b) what portion, if any, should be paid by Branch; and (c) what portion of the expenses, if any, shall

       be paid by insurer defendants and in what shares.

4.     Any appeal of this order shall be filed by on **Monday, January 10, 2011, at 4:00 p.m. CST**.

       New Orleans, Louisiana, this 5th day of January, 2011.

                                            **SALLY SHUSHAN**
                                      **United States Magistrate Judge**