

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN - 5 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 10-31207

*CV 06-4091-MX R*

In re: ALLSTATE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AMERICAN RELIABLE INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY; PILOT CATASTROPHE SERVICES, INCORPORATED; SIMSOL INSURANCE SERVICES, INCORPORATED,

        Petitioners

Petition for Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

ORDER:

IT IS ORDERED that the petitioner's Petition for Writ of Mandamus is carried with the case.

IT IS FURTHER ORDERED that the petitioner's Motion to Consolidate 10-30928 with 10-31207 is granted.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

MOT42



Fee
Process
X Dktd
CtRmDep
Doc. No.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 29, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-31207; In re: Allstate Insurance Company, et al
USDC No. 2:06-CV-4091
Consolidated with 10-30928; In re: American National
Property & Casualty Company

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sabrina M. Hains, Deputy Clerk

Ms. Angie Arceneaux Akers
Mr. Michael Brett Alker
Ms. Barbara L Arras
Ms. Judy Y. Barrasso
Mr. Brent Bennett Barriere
Mr. Marc A Becker
Mr. Matthew Robert Berry
Mr. Robert C Bonner
Mr. Brad D. Brian
Mr. Jonathan Bridges
Mr. M. Ryan Casey
Mr. William Scarth Clark
Ms. Celeste Ruth Coco-Ewing
Ms. Genevieve Cox
Mr. James H Crosby
Mr. Paul C Curnin
Mr. Richard L. Fenton
Mr. Bryce L. Friedman
Mr. Douglas M Fuchs
Ms. Melissa McConnell Fuselier
Mr. Brian A Gilbert
Mr. Soren E Gisleson
Mr. Timothy John Hatch
Mr. Stephen Jay Herman
Mr. John W Joyce
Mr. Allan L Kanner
Mr. Peter S. Koeppel

Mr. Stephen Henry Kupperman
Mr. Robert Alan Kutcher
Mr. Steven M. Levy
Mr. Jay M. Lonero
Mr. Keith L. Magness
Mr. Tibor L. Nagy Jr.
Ms. Jeanmarie L Nicholson
Mr. Gerald Joseph Nielsen
Mr. Christopher Raymond Pennison
Mr. James Clark Rather Jr.
Mr. Harry A Rosenberg
Mr. Gordon Paul Serou Jr.
Ms. Ashley Ian Smith
Ms. Cynthia Green St. Amant
Ms. Deborah L Stein
Mr. Charles Edward Sutton Jr.
Mr. William Truman Treas
Ms. Nicole Sophia Tygier
Mr. Gregory J. Weingart
Ms. Conlee Schell Whiteley
Ms. Loretta Whyte
Mr. Russell Ray Yager
Ms. Blanca Young
Mr. James L. Zelenay Jr.


*MOT-2*