UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA, *EX REL*.**      **CIVIL ACTION**
**BRANCH CONSULTANTS, LLC**

**VERSUS**      **NO: 06-4091-SSV-SS**

**ALLSTATE INSURANCE COMPANY, et al**

## ORDER

BRANCH'S MOTION TO COMPEL ALLSTATE (Rec. doc. 852)

**RESET WITHOUT ORAL ARGUMENT**

    IT IS ORDERED that: (1) the motion of the relator, Branch Consultants, LLC ("Branch"), to compel the defendant, Allstate Insurance Co. ("Allstate"), to produce a Rule 30(b)(6) witness (Rec. doc. 852) is RESET for hearing (**no oral argument**) on **Wednesday, February 2, 2011**, on briefs; (2) Allstate shall file its opposition by **Tuesday, January 25, 2011**; and (3) Allstate's motion to continue (Rec. doc. 873) is GRANTED.

    New Orleans, Louisiana, this 11th day of January, 2010.

                                      **SALLY SHUSHAN**
                                      **United States Magistrate Judge**