UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *EX REL*.** **BRANCH CONSULTANTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4091-SSV-SS** |
| **ALLSTATE INSURANCE COMPANY, et al** | |

### ORDER

ANPAC'S MOTION FOR RECONSIDERATION (Rec. doc. 877)

**GRANTED**

IT IS ORDERED that: (1) the motion of the defendant, American National Property and Casualty Company ("ANPAC"), for reconsideration of January 5, 2011 order (Rec. doc. 871) regarding the deposition of National Flood Service ("NFS") for the limited purpose of rescheduling the ESI deposition of NFS (Rec. doc. 877) is GRANTED; (2) a telephone status conference will be set to reschedule the deposition; and (3) ANPAC's motion for expedited consideration (Rec. doc. 878) is GRANTED.

New Orleans, Louisiana, this 13th day of January, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**