U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 18 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-30928

CV 06-4091-R

In Re: AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY

Petitioner

---

10-31207

CV06-4091-R

In Re: ALLSTATE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AMERICAN RELIABLE INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY; PILOT CATASTROPHE SERVICES, INCORPORATED; SIMSOL INSURANCE SERVICES, INCORPORATED,

Petitioners

Petitions for Writ of Mandamus from the United States District Court for the Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5TH CIR. R. 42(b), the petition for writ of mandamus are dismissed as of April 14, 2011, pursuant to the joint motion of the parties.

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Dawn D. Victoriano
Deputy
New Orleans, Louisiana 14 APR 2011

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 14, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 10-30928, In re: American Natl Prop & Cslty Co.
USDC No. 2:06-CV-4091
USDC No. 2:06-CV-4091

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: [signature]
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc w/encl:
Honorable Sarah S. Vance
Ms. Angie Arceneaux Akers
Mr. Michael Brett Alker
Ms. Barbara L Arras
Ms. Judy Y. Barrasso
Mr. Brent Bennett Barriere
Mr. Marc A Becker
Mr. Matthew Robert Berry
Mr. Robert C Bonner
Mr. Brad D. Brian
Mr. Jonathan Bridges
Mr. M. Ryan Casey
Mr. William Scarth Clark
Ms. Celeste Ruth Coco-Ewing
Ms. Genevieve Cox
Mr. James H Crosby
Mr. Paul C Curnin
Mr. Richard L. Fenton
Mr. Bryce L. Friedman
Mr. Douglas M Fuchs
Ms. Melissa McConnell Fuselier
Mr. Brian Arthur Gilbert
Mr. Soren E Gisleson

Mr. Timothy John Hatch
Mr. Stephen Jay Herman
Mr. John W Joyce
Mr. Allan L Kanner
Mr. Peter S. Koeppel
Mr. Stephen Henry Kupperman
Mr. Robert Alan Kutcher
Mr. Steven M. Levy
Mr. Jay M. Lonero
Mr. Keith L. Magness
Mr. Tibor L. Nagy Jr.
Ms. Jeanmarie L Nicholson
Mr. Gerald Joseph Nielsen
Mr. Christopher Raymond Pennison
Mr. James Clark Rather Jr.
Mr. Harry A Rosenberg
Mr. Gordon Paul Serou Jr.
Ms. Ashley Ian Smith
Ms. Cynthia Green St. Amant
Ms. Deborah L Stein
Mr. Charles Edward Sutton Jr.
Mr. William Truman Treas
Ms. Nicole Sophia Tygier
Mr. Gregory J. Weingart
Ms. Conlee Schell Whiteley
Mr. Russell Ray Yager
Ms. Blanca Young
Mr. James L. Zelenay Jr.

*Mandate Issued - MDT-1*

**No. 10-30928 C/W 10-31207**

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

In re AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
Petitioner.

C/W

In re ALLSTATE INSURANCE COMPANY, AMERICAN RELIABLE INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, PILOT CATASTROPHE SERVICES, INC., SIMSOL INSURANCE SERVICES, INC., and THE STANDARD FIRE INSURANCE COMPANY,
Petitioners.

---

PETITION FOR WRIT OF MANDAMUS OR PROHIBITION DIRECTED TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, CIVIL ACTION NO. 06-4091 HONORABLE SARAH S. VANCE, UNITED STATES DISTRICT JUDGE

---

**UNOPPOSED MOTION TO DISMISS PETITION FOR WRIT OF MANDAMUS PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B) AND FIFTH CIRCUIT RULE 42.1**

---

BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, LLC
Judy Y. Barrasso
Celeste Coco-Ewing
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

LARZELERE PICOU WELLS
SIMPSON LONERO, LLC
Jay M. Lonero, T.A.
Christopher R. Pennison
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
**Attorneys for Defendant-Petitioner, American National Property and Casualty Company**

MUNGER, TOLLES & OLSON LLP
Greg Weingart
Blanca F. Young
355 South Grand Avenue, 35th Fl.
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
**Attorneys for Defendant-Petitioner Allstate Insurance Company**

PHELPS DUNBAR LLP
Harry Rosenberg
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311

SIMPSON THACHER AND BARTLETT LLP
Bryce L. Friedman
Deborah L. Stein
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
**Attorneys for Defendant-Petitioner The Standard Fire Insurance Company**

SUTTON & ALKER, LLC
James C. Rather, Jr.
4080 Lonesome Road, Suite A
Mandeville, Louisiana 70448
Telephone: (985) 727-7501
**Attorneys for Defendant-Petitioner Simsol Insurance Services, Inc.**

CHOPIN WAGAR RICHARD & KUTCHER, LLP
Robert A. Kutcher
Nicole S. Tygier
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3838

GIBSON, DUNN & CRUTCHER LLP
Timonthy J. Hatch
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000

CROSBY LAW FIRM PC
James H. Crosby
6404 Hillcrest Park Court
Mobile, Alabama 36695
Telephone: (251) 476-3000
**Attorneys for Defendant-Petitioner Pilot Catastrophe Services, Inc.**

BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
Judy Y. Barrasso
Celeste Coco-Ewing
Keith L. Magness
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

**Attorneys for Defendant-Petitioner Liberty Mutual Fire Insurance Company**

LAW OFFICES OF GORDON P.
SEROU, JR., L.L.C.
Gordon P. Serou, Jr.
Poydras Center, Suite 1420
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 299-3421
**Attorneys for Defendant-Petitioner
American Reliable Insurance
Company**

**NOW INTO COURT**, through undersigned counsel, come petitioners American National Property And Casualty Company, Allstate Insurance Company, American Reliable Insurance Company, Liberty Mutual Fire Insurance Company, Pilot Catastrophe Services, Inc., Simsol Insurance Services Inc., and The Standard Fire Insurance Company (hereinafter "Petitioners") and respectfully request pursuant to Federal Rule of Appellate Procedure 42 and Fifth Circuit Rule 42.1 that this Honorable Court to dismiss Petitioners' consolidated Petitions for Writ of Mandamus as moot. Respondent Branch Consultants, L.L.C. does not oppose this motion.

The Petitions for Writ of Mandamus both challenge an August 13, 2010 Order by the District Court on the ground that the Order exceeded the Court's jurisdiction under the False Claims Act. Since the Petitions were filed, the District Court has dismissed the underlying case against all defendants, including all Petitioners, and entered final judgment. Respondent did not appeal from the judgment, and the time for Respondent to file an appeal has expired. Because the case before the District Court is fully and finally resolved, the Petitions for Writ of Mandamus are now moot.

Petitioners therefore move to withdraw their petitions pursuant to Fifth Circuit Rule 42.1, which provides that "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review

proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate." Fifth Circuit Rule 42.1; *see also* FRAP 42(b) ("[a]n appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court"). Petitioners' counsel has contacted counsel for Respondent and Respondent advised it would not file an opposition to this motion.

Therefore, Petitioners respectfully request that this Honorable Court enter an order of dismissal for the above-captioned petitions for Writ of Mandamus, with each party to bear its own costs, pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1.

Dated: April 13, 2011

Respectfully submitted,

BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, LLC

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso (2814)
jbarrasso@barrassousdin.com
Celeste Coco-Ewing (25002)
ccoco-ewing@barrassousdin.com
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

MUNGER, TOLLES & OLSON LLP
Greg Weingart (Ca. Bar # 157997)
Greg.Weingart@mto.com
355 South Grand Avenue, 35th Fl.
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100

MUNGER, TOLLES & OLSON LLP
Blanca Young (Ca. Bar # 217533)
Blanca.Young@mto.com
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
Telephone: (415) 512-4000

**Attorneys for Defendant-Petitioner Allstate Insurance Company**

BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC

/s/ Judy Y. Barrasso
Judy Y. Barrasso (2814)
jbarrasso@barrassousdin.com
Celeste Coco-Ewing (25002)
ccoco-ewing@barrassousdin.com
Keith L. Magness (29962)
kmagness@barrassousdin.com
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
**Attorneys for Defendant-Petitioner Liberty Mutual Fire Insurance Company**

SUTTON & ALKER, LLC

/s/ James C. Rather
James C. Rather, Jr. (25839)
jrather@sutton-alker.com
4080 Lonesome Road, Suite A
Mandeville, Louisiana 70448
Telephone: (985) 727-7501
**Attorneys for Defendant-Petitioner Simsol Insurance Services, Inc.**

LAW OFFICES OF GORDON P. SEROU, JR., L.L.C.

/s/ Gordon P. Serou, Jr.
Gordon P. Serou, Jr. (14432)
gps@seroulaw.com
Poydras Center, Suite 1420
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 299-3421
**Attorneys for Defendant-Petitioner American Reliable Insurance Company**

CHOPIN WAGAR RICHARD & KUTCHER, LLP

/s/ Robert A. Kutcher
Robert A. Kutcher (7895)
Nicole S. Tygier (19814)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3838

GIBSON, DUNN & CRUTCHER LLP
Timothy J. Hatch (CA Bar # 165369)
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000

CROSBY LAW FIRM PC
James H. Crosby (Al Bar # ASB-7501-R61)
6404 Hillcrest Park Court
Mobile, Alabama 36695
Telephone: (251) 476-3000
**Attorneys for Defendant-Petitioner Pilot Catastrophe Services, Inc.**

PHELPS DUNBAR LLP

      /s/ Harry Rosenberg
Harry Rosenberg
rosenbeh@phelps.com
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:  (504) 566-1311

SIMPSON THACHER &
BARTLETT LLP
Bryce L. Friedman
bfriedman@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone:  (212) 455-2000

SIMPSON THACHER &
BARTLETT LLP
Deborah L. Stein
dstein@stblaw.com
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone:  (310) 407-7500
**Attorneys for Defendant-Petitioner The Standard Fire Insurance Company**

LARZELERE PICOU WELLS
SIMPSON LONERO, LLC

      /s/ Christopher R. Pennison
Christopher R. Pennison
cpennison@lpwsl.com
Jay M. Lonero, T.A.
jlonero@lpwsl.com
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Fax:  (504) 834-6565
**Attorneys for Defendant-Petitioner, American National Property and Casualty Company**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon all counsel of record by hand delivery, electronic mail, or by placing a copy of the same in with the U.S. Postal Service, with adequate postage affixed thereto, this 13th day of April, 2011.

*/s/ Judy Y. Barrasso*

{628647.1}